## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

IN RE:

Robert Faine, D.D.S., P.A.                                CASE NO.: 10-16744-BKC-LMI
                                                          CHAPTER 7

                    Debtor(s).
_____/

### SUMMARY OF FIRST & FINAL FEE APPLICATION
### OF JOHN L. HELLER AND MARCUM LLP
### AS ACCOUNTANT FOR CHAPTER 7 TRUSTEE

1.    Name of applicant: ........................................................................................Marcum LLP
2.    Role of applicant: ........................................................................... Accountant for Trustee
3.    Name of certifying professional:.................................................................John L. Heller
4.    Date case filed: ...........................................................................................March 17, 2010
5.    Date case converted:............................................................................ September 13, 2011
6.    Date of application for employment:.................................................... September 28, 2011
7.    Date of order approving employment: ..............................09/30/11 *nunc pro tunc* 09/20/11
8.    If debtor's counsel, date of Disclosure of Compensation form:.......................................N/A
9.    Date of this application: ....................................................................... September 2, 2015
10.   Dates of services covered:...................................................................... 09/22/11 – 09/02/15
10a.  Total cash on hand (approximately): ...............................................................$244,698.38
      **Fees...**
11.   Total fee requested for this period (from Exhibit 1): ..........................................$61,334.00
12.   Balance remaining in fee retainer account, not yet awarded:........................................$0.00
13.   Fees paid or advanced for this period, by other sources: ..............................................$0.00
14.   **Net amount of fee requested for this period: ....................................................$61,334.00**
      **Expenses...**
15.   Total expense reimbursement requested for this period:............................................$163.13
16.   Balance remaining in expense retainer account, not yet received:...............................$0.00
17.   Expenses paid or advanced for this period, by other sources:......................................$0.00
18.   **Net amount of expense reimbursements requested for this period: ...................$163.12**
19.   Gross award requested for this period (#11 + #15):............................................$61,497.12
20.   **Net award requested for this period (#14 + #18):...............................................$61,497.12**
21.   Amounts of net awards requested in interim applications
      but <u>not previously awarded</u> (Total from History of Fees
      and Expenses, following pages):.....................................................................................$0.00
22.   **Total fee and expense award requested (#20 + #21): ......................................$61,497.12**

## <u>History of Fees and Expenses</u>

1.  Dates, sources, and amounts of retainers received:

    <u>Dates</u>            <u>Sources</u>                    <u>Amounts</u>                        <u>For fees or costs</u>
    N/A

2.  Dates, sources, and amounts of third party payments received:

    <u>Dates</u>            <u>Sources</u>                    <u>Amounts</u>                        <u>For fees or costs</u>
    N/A

3.  Prior fee awards:
    N/A

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

IN RE:

Robert Faine, D.D.S., P.A.                                    CASE NO.: 10-16744-BKC-LMI
                                                             CHAPTER 7

              Debtor(s).

_____/

## FIRST INTERIM APPLICATION FOR COMPENSATION
## OF JOHN L. HELLER & MARCUM LLP,
## AS ACCOUNTANT FOR CHAPTER 7 TRUSTEE

COMES NOW John L. Heller, CPA, of Marcum LLP, ("Marcum") and files this First and Final Application for Compensation of fees for services rendered and costs incurred in this Chapter 7 proceeding. This application is filed pursuant to 11 U.S.C. subsection 330 and Rule 2016, Federal Rules of Bankruptcy Procedure, and meets all of the requirements set forth in the Guidelines incorporated in Local Rule 2016-1(B). The exhibits attached to this application, pursuant to the Guidelines, are: Exhibits "1-A" and "1-B" – Summary of Professional and Paraprofessional Time; Exhibit "2" – Summary of Requested Reimbursements of Expenses; and Exhibit "3" – The Applicant's complete time records, in chronological order, by activity code category, for the time period covered by this application. The requested fees are itemized to the tenth of an hour.

The Applicant believes that the requested fee of **$61,334.00** for **305.1** hours worked is reasonable considering the twelve factors enumerated in <u>Johnson v. Georgia Highway Express, Inc.</u>, 488 F.2d 714 (5th Circuit 1974), made applicable to bankruptcy proceedings by <u>In re First Colonial Corp. of America</u>, 544 F.2d 1291 (5th Cir. 1977), as follows:

1.        John L. Heller and Marcum LLP were appointed to represent Barry E. Mukamal, Chapter 7 Trustee, in connection with this case pursuant to an order entered by this Court on September 30, 2011 *nunc pro tunc* September 20, 2011. The services rendered on behalf of the Trustee have been performed by Alan R. Barbee and Barry E. Mukamal, Partners; John L.

Heller, Director; Franklin M. Kessler, Teresa A. Licamara, and Cheryl A. Rawson, Senior Managers; Oscar Delatorre, Gabriel A. Campos, and Kathy A. Foster, Managers; Erika Garcia, Jaime A. Angarita and Jeanne Aparicio, Senior Accountants; Alison Goines, Samuel Roman and Kevin N. Singh, Staff Accountants; Lupe Arce-Solorzano, Lisa Owens and Janet Pritchard, Associates; and Janice Murray, Paraprofessional.

2.    The Applicant makes this Application for interim compensation for professional services rendered in accordance with the above-mentioned employment.  This application covers fees for services performed from September 22, 2011 through September 2, 2015.  All services for which compensation is requested were performed for the benefit of the Debtor's Estate.

3.    No compensation has been or will be shared with any person or party, other than among principals, regular associates, or entities controlled by principals or regular associates of the Applicant.  No agreement or understanding exists between Applicant and any other person for the sharing of compensation received or to be received for services rendered or in connection with this case.

## CASE STATUS

The Debtor filed a voluntary petition under Chapter 7 of the Bankruptcy code on March 17, 2010 (the "Petition Date") and Barry E. Mukamal was appointed as the Trustee.

Prior to the Petition Date, the Debtor was in the business of dentistry.  While performing his duties, the Applicant has been involved in many aspects of this case.  In particular, the Applicant has rendered accounting services to the Trustee in the following categories:

Asset Analysis & Recovery

The Applicant has rendered **25.5** hours amounting to **$6,782.00** related to retrieving and reviewing records, analysis of fraudulent transfers, parking issues, condominium documents, proposed purchase and sale agreement, and solvency analysis.

Case Administration

The Applicant has rendered **24.5** hours amounting to **$3,200.50** in connection with the review and indexing of debtor records, planning of initial disbursement analysis,

coordination with appraisers, downloading complaints in adversary cases, and downloading pleadings.

Data Analysis

The Applicant has rendered **36.7** hours amounting to **$7,406.50** in connection with the identification of accounting software, removal of computers from premises for forensic imaging, creation of forensic images of debtor server and computer hard drives, gain access and troubleshoot software, and the extraction and conversion of reports to PDF formatting.

Fee Application

The Applicant has rendered **7.6** hours amounting to **$1,311.50** in preparing and reviewing this first and final fee applications and exhibits.

Litigation Consulting

The Applicant has rendered **72.1** hours amounting to **$19,393.00** in connection with the preparation of exhibits to demand letters for counsel, research and responding to counsel's solvency/insolvency questions, compiling support for fraudulent transfers, filing complaints, planning for subpoenas, analysis of how transactions were recorded in the general ledger and correspond with counsel, respond to requests from counsel regarding inquiries and compiling support for requested entities, and planning for interrogatories.

Preference & Fraudulent Transfer Analysis

The Applicant has rendered **93.3** hours amounting to **$12,569.00** in connection with entering bank statement data into 2007 preference analysis, searching debtor records for information related to litigation targets, identifying personal payments, analyzing financial condition of debtor, and retrieving support for payments to targets for mediation purposes.

Tax Issues

The Applicant has rendered **45.4** hours amounting to **$10,671.50** in connection with the review of sales tax issues, spreading balance sheet information from 2007 – 2010 tax returns, preparation of 2011, 2012, and 2013 tax returns, Form 1120S and extensions, analyzing

tax consequences of real estate sale in 2012, write conclusion of analysis, preparing letter to IRS regarding Chapter 11 Payroll Liabilities.

2.    <u>Time and Labor Required</u>.  The actual time records maintained by each principal, associate, and staff accountant, and/or paraprofessional performing services for the Trustee fully document the **305.1** hours expended by the Applicant in performing the professional services on behalf of the Trustee on this matter through September 2, 2015.  These time records do not reflect every hour expended in matters such as telephone calls, routine correspondence, brief conferences and responses to taxing authorities and creditors requesting information concerning the status of these proceedings.  The time records do reflect the majority of the time expended in performing the services rendered to the estate.  A summary of the time reports is attached hereto as **EXHIBIT 1A**.

3.    <u>Skill Requisite to Perform the Accounting Services Properly</u>.  To perform the services and obtain the results previously enumerated above; the Applicant required substantial tax skills, auditing and accounting skills, and experience in the bankruptcy arena.

4.    <u>Preclusion of Other Employment by the Accountants Due to Acceptance of the Case</u>.  Applicant is aware of no other employment, which was precluded by the acceptance of this case.  Had Applicant not accepted this appointment, the time spent on this case would have been devoted to other clients paying substantially the same hourly compensation on a current basis.

5.    <u>Customary Fee.</u>  Applicant is normally compensated on an hourly basis and customarily bills commercial clients on a monthly basis, based on hourly rates scaled from $75 per hour for paraprofessionals to $475 per hour for partners.

6.    <u>Whether the Fee is Fixed or Contingent</u>.  As accountant for the Trustee, Applicant's compensation for handling this matter is entirely contingent on Court approval and subject to such award as this Court may allow and upon the estate recovering sufficient assets to pay all professional fees.

7.    <u>Experience, Reputation and Ability of the Accountant</u>.    Applicant is an established, experienced firm well known to this Court.  Applicant enjoys an excellent reputation and the individual accountants assigned to this case have demonstrated substantial ability and skill in the fields of accounting, forensic investigation, internal control, and taxation.

8.    <u>Nature and Length of the Professional Relationship with the Client</u>.    The Applicant and/or his firm have represented the Trustee in both Chapter 7 and 11 cases since 1998.

9.    <u>Awards in Similar Cases</u>.    The amount prayed for by Applicant is not unreasonable in terms of awards in similar cases where comparable results have been obtained through the diligence and skill of the accountants.  The fees requested by the Applicant, computed at the rates indicated in **Exhibit 1A**, comport with the economic spirit of the Bankruptcy Code.

10.    Applicant respectfully represents that the reasonable value of services rendered to the estate through September 2, 2015, taking into account the relevant factors summarized above, including without limitation the hours of recorded time expended, is not less than **$61,334.00** as illustrated by the **<u>SUMMARY OF PROFESSIONAL AND PARAPROFESSIONAL TIME (Exhibit 1A)</u>**, and reasonable costs of **$163.12** as further illustrated by the **<u>SUMMARY OF REQUESTED REIMBURSEMENT OF EXPENSES AND DISBURSEMENTS (Exhibit 2).</u>**

**WHEREFORE**, the Applicant moves the court for an award of compensation for services rendered as accountant to the Trustee for the period of time from September 22, 2011 through September 2, 2015, in the amount of **$61,334.00** and costs in the amount of **$163.12,** and further that the Court authorize the prompt payment of **$61,497.12** to Applicant upon entry of an appropriate Order.

<u>Certification</u>

1.     I have been designated by Marcum LLP (The "Applicant") as the professional with responsibility in this case for compliance with the current Mandatory Guidelines On Fees And Disbursements For Professionals In The Southern District of Florida Bankruptcy Cases (the "Guidelines").

2.     I have read the Applicant's application for compensation and reimbursement of costs (the "Application").

3.     To the best of my knowledge, information, and belief formed after reasonable inquiry, the Application complies with the Guidelines.

4.     To the best of my knowledge, information and belief formed after reasonable inquiry, the fees and disbursements sought fall within the Guidelines, except as specifically noted in this Certification and described in the Application.

5.     Except to the extent that fees or disbursements are prohibited or restricted by the Guidelines, the fees and disbursements sought are billed at rates and in accordance with practices customarily employed by the Applicant and generally accepted by the Applicant's clients.

6.     In providing a reimbursable service or disbursement (other than time charged for paraprofessionals and professionals), the Applicant does not make a profit on that service or disbursement (except to the extent that any such profit is included within the permitted allowable amounts set forth in the Guidelines for photocopies and facsimile transmission).

7.     In charging for a particular service or disbursement, the Applicant does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment, or capital outlay (except to the extent that such amortization is included within the permitted allowable amounts set forth herein for photocopies and facsimile transmission).

8.     In seeking reimbursement for a service, which the Applicant justifiably purchased or contracted for, from a third party, the Applicant is requesting reimbursement only for the amount billed to the Applicant by the third-party vendor and paid by the Applicant to such vendor.

9.     The trustee (if any), the examiner (if any), the chairperson of each official committee (if any), the debtor, the U.S. Trustee, and their respective counsel, will be mailed, simultaneously with the filing of the Application with the Court, a complete copy of the Application (including all relevant exhibits).

10.     The following are the variances with the provisions of the Guidelines, the date of the specific Court approval of such departure, and the justification for the departure: NONE.

I HEREBY CERTIFY that the foregoing is true and correct.


                                        /s/ John L. Heller_____

Dated:  September 2, 2015               JOHN L. HELLER, CPA
                                        Marcum, LLP
                                        450 e. Las Olas Blvd., Ninth Floor
                                        Fort Lauderdale, FL  33301
                                        (954) 320-8000

**10-16744-LMI Notice will be electronically mailed to:**

Geoffrey S. Aaronson on behalf of Attorney Aaronson Schantz P.A.
gaaronson@aspalaw.com, tdmckeown@mckeownpa.com;sbeiley@aspalaw.com

Geoffrey S. Aaronson on behalf of Attorney Geoffrey S Aaronson P.A.
gaaronson@aspalaw.com, tdmckeown@mckeownpa.com;sbeiley@aspalaw.com

Antonio Alonso, Esq on behalf of Creditor Cenlar Federal Savings Bank
antonio.alonso@clegalgroup.com,
jairo.garcia@clegalgroup.com;BKMailFromCourt@clegalgroup.com

Alan Barbee
ecf@marcumllp.com, alan.barbee@marcumllp.com

Becket and Lee LLP, Esq on behalf of Creditor American Express Centurion Bank
notices@becket-lee.com

Bruce E Bloch, Esq on behalf of Creditor Metro Bank of Dade County
general@sblawfirmfl.com, bbloch@sblawfirmfl.com

Catherine E Douglas on behalf of Defendant CitiCorp Mastercard
catherine.douglas@akerman.com, jeanette.martinez@akerman.com

Michael A. Frank, Esq. on behalf of Interested Party Anna Luisa Almonte
pleadings@bkclawmiami.com, bkcpleadings@gmail.com

Dennis A Grossman on behalf of Debtor Robert Faine, D.D.S., P.A.
dagrossmanlaw@aol.com

Scott M. Grossman, Esq. on behalf of Creditor General Electric Capital Corporation
grossmansm@gtlaw.com,
rosr@gtlaw.com;MiaLitDock@gtlaw.com;MiaLitDock@gtlaw.com;FTLLitDock@GTLaw.com
;miaecfbky@gtlaw.com

Aaron P. Honaker, Esq. on behalf of Plaintiff Barry E Mukamal
honaker@salazarjackson.com, lee-sin@salazarjackson.com

Aaron P. Honaker, Esq. on behalf of Trustee Barry E Mukamal
honaker@salazarjackson.com, lee-sin@salazarjackson.com

Michael D Lessne on behalf of Plaintiff Barry Mukamal
michael.lessne@gray-robinson.com, jessica.cartagena@gray-robinson.com;abby.srour@gray-robinson.com

Michael D Lessne on behalf of Trustee Barry E Mukamal
michael.lessne@gray-robinson.com, jessica.cartagena@gray-robinson.com;abby.srour@gray-robinson.com

Joan M Levit, Esq on behalf of Defendant CitiCorp Mastercard
joan.levit@akerman.com, charlene.cerda@akerman.com

Laudy Luna, Esq. on behalf of Defendant BAC Home Loans Servicing, L.P.
ll@lgplaw.com, de@lgplaw.com

Laudy Luna, Esq. on behalf of Defendant Bank of America, N.A.
ll@lgplaw.com, de@lgplaw.com

Laudy Luna, Esq. on behalf of Defendant Countrywide Financial Corporation
ll@lgplaw.com, de@lgplaw.com

Laudy Luna, Esq. on behalf of Defendant Countrywide Home Loans
ll@lgplaw.com, de@lgplaw.com

Laudy Luna, Esq. on behalf of Defendant Countrywide Mortgage
ll@lgplaw.com, de@lgplaw.com

David B Marks on behalf of Defendant CitiCorp Mastercard
brett.marks@akerman.com, charlene.cerda@akerman.com

Christian A. McCue on behalf of Creditor Monte Duncan
christian.mccue@mccuelaw.com, ecf@mccuelaw.com;ecf.mccuelaw@gmail.com

Christian A. McCue on behalf of Creditor Shelby Singleton
christian.mccue@mccuelaw.com, ecf@mccuelaw.com;ecf.mccuelaw@gmail.com

Nicole R Messamore on behalf of Creditor Capital Bank, N.A. f/k/a NAFH National Bank as
Receiver for Metro Bank of Dade County
nmessamore@sblawfirmfl.com, general@sblawfirmfl.com

Miami-Dade County Tax Collector (Lugo)
mdtcbkc@miamidade.gov

Barry E Mukamal
bankruptcy@marcumllp.com, FL64@ecfcbis.com

Ari Newman, Esq. on behalf of Creditor Wells Fargo Bank, N.A. as Trustee for the registered
holders of GE Business Loan Pass-Through Certificates, Series 2006-2
newmanar@gtlaw.com, thompsonc@gtlaw.com;mialitdock@gtlaw.com;miaecfbky@gtlaw.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Ryan C Reinert on behalf of Defendant United Services Automobile Association
rreinert@shutts.com

Matthew I Rochman on behalf of Creditor JPMorgan Chase Bank, N.A., s/b/m Chase Home
Finance, LLC
mrochman@wargofrench.com, jgracia@wargofrench.com

Matthew I Rochman on behalf of Defendant Chase Home Finance
mrochman@wargofrench.com, jgracia@wargofrench.com

Ariel Rodriguez on behalf of U.S. Trustee Office of the US Trustee
ariel.rodriguez@usdoj.gov

Peter D. Russin, Esq on behalf of Defendant Great-West Life & Annuity Insurance Co.
prussin@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com

Luis Salazar, Esq. on behalf of Creditor TotalBank
salazar@salazarjackson.com, jackson@salazarjackson.com;aguilar@salazarjackson.com;Lee-
Sin@SalazarJackson.com

Luis Salazar, Esq. on behalf of Plaintiff Barry E Mukamal
salazar@salazarjackson.com, jackson@salazarjackson.com;aguilar@salazarjackson.com;Lee-
Sin@SalazarJackson.com

Patrick S. Scott, Esq. on behalf of Plaintiff Barry Mukamal
patrick.scott@gray-robinson.com

Patrick S. Scott, Esq. on behalf of Plaintiff Barry E Mukamal
patrick.scott@gray-robinson.com

Patrick S. Scott, Esq. on behalf of Trustee Barry E Mukamal
patrick.scott@gray-robinson.com

**10-16744-LMI Notice will not be electronically mailed to:**

Steven Frischer, Esq on behalf of Creditor Sunset Station Condominium Association
7600 Red Rd #305
Miami, FL 33143

Internal Revenue Service
Centralized Insolvency Operations
POB 21126
Philadelphia, PA 19114-0326

Thomas W Mullen
7900 S Red Rd #26
South Miami, FL 33143

Protection One
POB 740933
Dallas, TX 75374

Matthew Rotolante
Sperry Van Ness
7925 NW 12 St #315
Miami, FL 33126

Luis Salazar
Salazar Jackson, LLP
Two South Biscayne Blvd., Ste 3760
Miami, Fl 33131

EXHIBIT 1A

Summary of Professional And
Paraprofessional Time

**Partners**

| Name: | Total Hours | Hourly Rate | Total Fee |
|---|---|---|---|
| Alan R. Barbee | 0.4 | 350.00 | 140.00 |
| Alan R. Barbee | 4.3 | 375.00 | 1,612.50 |
| Barry Mukamal | 2.2 | 475.00 | 1,045.00 |
| **Subtotals:** | **6.9** | **$** | **2,797.50** |

**Professionals**

| Name: | Total Hours | Hourly Rate | Total Fee |
|---|---|---|---|
| Alison J. Goines | 0.5 | 190.00 | 95.00 |
| Cheryl A. Rawson | 0.6 | 265.00 | 159.00 |
| Erika Garcia | 6.4 | 190.00 | 1,216.00 |
| Franklin M. Kessler | 12.0 | 275.00 | 3,300.00 |
| Gabriel A. Campos | 4.8 | 125.00 | 600.00 |
| Gabriel A. Campos | 14.7 | 180.00 | 2,646.00 |
| Jaime A. Angarita | 2.1 | 190.00 | 399.00 |
| Janet J. Pritchard | 6.9 | 105.00 | 724.50 |
| Janet J. Pritchard | 1.0 | 110.00 | 110.00 |
| Jeanne M. Aparicio | 15.5 | 180.00 | 2,790.00 |
| John L. Heller | 0.6 | 290.00 | 174.00 |
| John L. Heller | 1.0 | 305.00 | 305.00 |
| John L. Heller | 3.9 | 340.00 | 1,326.00 |
| John L. Heller | 1.0 | 360.00 | 360.00 |
| John L. Heller | 0.5 | 425.00 | 212.50 |
| Kathy A. Foster | 0.5 | 240.00 | 120.00 |
| Kathy A. Foster | 20.2 | 250.00 | 5,050.00 |
| Kathy A. Foster | 0.5 | 265.00 | 132.50 |
| Kevin N. Singh | 9.5 | 145.00 | 1,377.50 |
| Lisa R. Owens | 70.7 | 125.00 | 8,837.50 |
| Lisa R. Owens | 34.5 | 130.00 | 4,485.00 |
| Lupe Arce-Solorzano | 0.1 | 80.00 | 8.00 |
| Lupe Arce-Solorzano | 5.2 | 85.00 | 442.00 |
| Oscar Delatorre | 9.7 | 265.00 | 2,570.50 |
| Samuel Roman | 6.4 | 145.00 | 928.00 |
| Samuel Roman | 0.4 | 155.00 | 62.00 |
| Teresa A. Licamara | 17.8 | 275.00 | 4,895.00 |
| Teresa A. Licamara | 35.2 | 290.00 | 10,208.00 |
| Teresa A. Licamara | 15.4 | 320.00 | 4,928.00 |
| Teresa A. Licamara | 0.1 | 340.00 | 34.00 |
| **Subtotals:** | **297.7** | **$** | **58,495.00** |

**Paraprofessionals**

| Name: | Total Hours | Hourly Rate | Total Fee |
|---|---|---|---|
| Janice Murray | 0.1 | 75.00 | 7.50 |
| Janice Murray | 0.4 | 85.00 | 34.00 |
| **Subtotals:** | **0.5** | **$** | **41.50** |
| **TOTALS:** | **305.1** | **$** | **61,334.00** |

EXHIBIT 1A

Summary of Professional And
Paraprofessional Time

**Total Hours by Professionals and Paraprofessionals:**      305.10

**"Blended" Hourly Rate:**      $      201.03

**Total Professionals and Paraprofessionals Fees:**      $      61,334.00

EXHIBIT 1B

Summary of Professional And
Paraprofessional Time By
Activity Code Category

### ACTIVITY CODE CATEGORY: Asset Analysis & Recovery

| | Hours | Rate | Total Fee |
|---|---|---|---|
| **Partners:** | | | |
| Alan R. Barbee | 1.0 | 375.00 | 375.00 |
| **Professionals:** | | | |
| Jaime A. Angarita | 2.1 | 190.00 | 399.00 |
| Jeanne M. Aparicio | 1.6 | 180.00 | 288.00 |
| Franklin M. Kessler | 12.0 | 275.00 | 3,300.00 |
| Teresa A. Licamara | 8.8 | 275.00 | 2,420.00 |
| **MATTER TOTALS:** | **25.5** | | **$ 6,782.00** |

### ACTIVITY CODE CATEGORY: Case Administration

| | Hours | Rate | Total Fee |
|---|---|---|---|
| **Professionals:** | | | |
| Jeanne M. Aparicio | 1.6 | 180.00 | 288.00 |
| Lisa R. Owens | 14.8 | 125.00 | 1,850.00 |
| Janet J. Pritchard | 5.9 | 105.00 | 619.50 |
| Janet J. Pritchard | 1.0 | 110.00 | 110.00 |
| Teresa A. Licamara | 1.0 | 275.00 | 275.00 |
| Teresa A. Licamara | 0.2 | 290.00 | 58.00 |
| **MATTER TOTALS:** | **24.5** | | **$ 3,200.50** |

### ACTIVITY CODE CATEGORY: Data Analysis

| | Hours | Rate | Total Fee |
|---|---|---|---|
| **Professionals:** | | | |
| Erika Garcia | 6.4 | 190.00 | 1,216.00 |
| Gabriel A. Campos | 4.8 | 125.00 | 600.00 |
| Gabriel A. Campos | 14.7 | 180.00 | 2,646.00 |
| John L. Heller | 1.1 | 340.00 | 374.00 |
| Oscar Delatorre | 9.7 | 265.00 | 2,570.50 |
| **MATTER TOTALS:** | **36.7** | | **$ 7,406.50** |

### ACTIVITY CODE CATEGORY: Fee Applications

| | Hours | Rate | Total Fee |
|---|---|---|---|
| **Professionals:** | | | |
| John L. Heller | 0.5 | 425.00 | 212.50 |
| Lupe Arce-Solorzano | 5.0 | 85.00 | 425.00 |
| Teresa A. Licamara | 2.0 | 320.00 | 640.00 |
| Teresa A. Licamara | 0.1 | 340.00 | 34.00 |
| **MATTER TOTALS:** | **7.6** | | **$ 1,311.50** |

### ACTIVITY CODE CATEGORY: Litigation Consulting

| | Hours | Rate | Total Fee |
|---|---|---|---|
| **Partners:** | | | |
| Alan R. Barbee | 1.0 | 375.00 | 375.00 |
| Barry Mukamal | 1.1 | 475.00 | 522.50 |
| **Professionals:** | | | |
| Jeanne M. Aparicio | 0.8 | 180.00 | 144.00 |
| John L. Heller | 0.6 | 290.00 | 174.00 |
| John L. Heller | 1.0 | 305.00 | 305.00 |

EXHIBIT 1B

Summary of Professional And
Paraprofessional Time By
Activity Code Category

| | Hours | Rate | Total Fee |
|---|---|---|---|
| Lisa R. Owens | 1.7 | 125.00 | 212.50 |
| Lisa R. Owens | 10.7 | 130.00 | 1,391.00 |
| Teresa A. Licamara | 8.0 | 275.00 | 2,200.00 |
| Teresa A. Licamara | 34.5 | 290.00 | 10,005.00 |
| Teresa A. Licamara | 12.7 | 320.00 | 4,064.00 |
| **MATTER TOTALS:** | **72.1** | | **$ 19,393.00** |

**ACTIVITY CODE CATEGORY: Preference & Fraudulent Transfer Analysis**

| | **Hours** | **Rate** | **Total Fee** |
|---|---|---|---|
| **Partners:** | | | |
| Alan R. Barbee | 0.4 | 350.00 | 140.00 |
| **Professionals:** | | | |
| Janet J. Pritchard | 1.0 | 105.00 | 105.00 |
| Jeanne M. Aparicio | 11.5 | 180.00 | 2,070.00 |
| Kevin N. Singh | 4.3 | 145.00 | 623.50 |
| Lisa R. Owens | 52.5 | 125.00 | 6,562.50 |
| Lisa R. Owens | 23.6 | 130.00 | 3,068.00 |
| **MATTER TOTALS:** | **93.3** | | **$ 12,569.00** |

**ACTIVITY CODE CATEGORY: Tax Issues**

| | **Hours** | **Rate** | **Total Fee** |
|---|---|---|---|
| **Partners:** | | | |
| Alan R. Barbee | 2.3 | 375.00 | 862.50 |
| Barry Mukamal | 1.1 | 475.00 | 522.50 |
| **Professionals:** | | | |
| Alison J. Goines | 0.5 | 190.00 | 95.00 |
| John L. Heller | 2.8 | 340.00 | 952.00 |
| John L. Heller | 1.0 | 360.00 | 360.00 |
| Kathy A. Foster | 0.5 | 240.00 | 120.00 |
| Kathy A. Foster | 20.2 | 250.00 | 5,050.00 |
| Kathy A. Foster | 0.5 | 265.00 | 132.50 |
| Kevin N. Singh | 5.2 | 145.00 | 754.00 |
| Lisa R. Owens | 1.7 | 125.00 | 212.50 |
| Lisa R. Owens | 0.2 | 130.00 | 26.00 |
| Lupe Arce-Solorzano | 0.1 | 80.00 | 8.00 |
| Lupe Arce-Solorzano | 0.2 | 85.00 | 17.00 |
| Cheryl A. Rawson | 0.6 | 265.00 | 159.00 |
| Teresa A. Licamara | 0.5 | 290.00 | 145.00 |
| Teresa A. Licamara | 0.7 | 320.00 | 224.00 |
| Samuel Roman | 6.4 | 145.00 | 928.00 |
| Samuel Roman | 0.4 | 155.00 | 62.00 |
| **Paraprofessionals:** | | | |
| Janice Murray | 0.1 | 75.00 | 7.50 |
| Janice Murray | 0.4 | 85.00 | 34.00 |
| **MATTER TOTALS:** | **45.4** | | **$ 10,671.50** |
| **TOTALS:** | **305.1** | | **$ 61,334.00** |

EXHIBIT 2

Summary of Requested Reimbursement of Expenses
And Disbursements Prepared In Accordance With,
And Allowable Under The Guidelines For Fees And
Disbursements for Professionals

| | |
|---|---|
| Administrative & Technology | 62.88 |
| Messenger | 100.24 |

**TOTAL GROSS AMOUNT OF REQUESTED DISBURSEMENTS:**      **$   163.12**

EXHIBIT 3

The Applicant's complete time records, in chronological order
by activity code category, for the time period covered by the application.
The requested fees are itemized to the tenth of an hour.

| Category | Staff | Date | Time | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| Asset Analysis & Recovery | Angarita | 09/22/11 | 2.1 | 190.00 | 399.00 | Review records related to clients at debtors place of business |
| Asset Analysis & Recovery | Licamara | 09/27/11 | 1.7 | 275.00 | 467.50 | Meet with Trustee staff at Debtors office to review documents and pack key records and coordinate with IT for forensic images |
| Asset Analysis & Recovery | Licamara | 11/08/11 | 0.1 | 275.00 | 27.50 | With Trustee staff to discuss status |
| Asset Analysis & Recovery | Licamara | 02/27/12 | 0.4 | 275.00 | 110.00 | Review case files and follow up on status of records and analysis of avoidable transfers. Emails to staff regarding status and need to follow up on records. |
| Asset Analysis & Recovery | Licamara | 03/14/12 | 0.4 | 275.00 | 110.00 | Follow up on and coordinate IT needs for getting accounting software running with JLH. |
| Asset Analysis & Recovery | Aparicio | 03/15/12 | 1.3 | 180.00 | 234.00 | Correspondence with TAL, GC & LRO regarding availability of electronic records and access of same |
| Asset Analysis & Recovery | Licamara | 03/16/12 | 0.3 | 275.00 | 82.50 | Coordinate with staff for work to be done in Miami on Debtor computer. |
| Asset Analysis & Recovery | Aparicio | 04/19/12 | 0.3 | 180.00 | 54.00 | Correspondence with TAL regarding possible A/R demand letters |
| Asset Analysis & Recovery | Kessler | 05/08/12 | 2.5 | 275.00 | 687.50 | Review and analysis of parking issues and affect upon the purchase and sale process |
| Asset Analysis & Recovery | Kessler | 05/09/12 | 1.0 | 275.00 | 275.00 | Review and analysis of condominium documents; review of proposed purchase and sale agreement |
| Asset Analysis & Recovery | Kessler | 05/09/12 | 0.4 | 275.00 | 110.00 | Review of subpoena language submitted by legal counsel and modify |
| Asset Analysis & Recovery | Kessler | 05/09/12 | 0.8 | 275.00 | 220.00 | Telephone conference M. Rotolante re: reconciliation of sales process and issues regarding withdraw of dentist group |
| Asset Analysis & Recovery | Kessler | 05/09/12 | 0.4 | 275.00 | 110.00 | Telephone conference with P. Scott re:  condo association issues and inquiry into proposed resolution |
| Asset Analysis & Recovery | Kessler | 05/10/12 | 1.2 | 275.00 | 330.00 | Preparation of correspondence to parties regarding analysis of parking issues; going forward strategy and direction |
| Asset Analysis & Recovery | Kessler | 05/10/12 | 1.1 | 275.00 | 302.50 | Review of Faine closing binder for title information; parking assignment documents; historical review |
| Asset Analysis & Recovery | Licamara | 05/29/12 | 0.8 | 275.00 | 220.00 | Review staff analysis of disbursements and instruct for revisions and report letter to Trustee. |
| Asset Analysis & Recovery | Licamara | 06/04/12 | 3.8 | 275.00 | 1,045.00 | Continue analysis and report letter to Trustee |
| Asset Analysis & Recovery | Kessler | 06/04/12 | 0.5 | 275.00 | 137.50 | Follow-up with legal counsel re:  status of deposition of HOA and legal review of space assignments |
| Asset Analysis & Recovery | Licamara | 06/05/12 | 1.1 | 275.00 | 302.50 | Finalize report to Trustee and analysis regarding fraudulent transfers. |

EXHIBIT 3

The Applicant's complete time records, in chronological order
by activity code category, for the time period covered by the application.
The requested fees are itemized to the tenth of an hour.

| | | | | | | |
|---|---|---|---|---|---|---|
| Asset Analysis & Recovery | Kessler | 07/02/12 | 1.2 | 275.00 | 330.00 | Research assignment of parking spaces and prepare correspondence to P. Scott, Esq., follow-up on parking space impediment; telephone conference |
| Asset Analysis & Recovery | Kessler | 07/06/12 | 0.3 | 275.00 | 82.50 | Follow-up correspondence re:  status of approach on parking issue |
| Asset Analysis & Recovery | Kessler | 07/17/12 | 0.7 | 275.00 | 192.50 | [6/28/12] Telephone conference with P. Scott, Esq. re:  sale of office condominium and parking impediment; strategy and legal issues |
| Asset Analysis & Recovery | Kessler | 07/17/12 | 0.7 | 275.00 | 192.50 | Review of PSA and suggestion of revision to legal counsel (gynecologist) |
| Asset Analysis & Recovery | Kessler | 07/17/12 | 0.5 | 275.00 | 137.50 | Review record to obtain and transmit parking assignment documentation and review of same |
| Asset Analysis & Recovery | Kessler | 08/02/12 | 0.7 | 275.00 | 192.50 | Telephone conference with and review of correspondence from P. Scott re:  sales terms and conditions |
| Asset Analysis & Recovery | Licamara | 08/20/12 | 0.2 | 275.00 | 55.00 | Receive email from counsel regarding target names and coordinate with staff for response to same. |
| Asset Analysis & Recovery | Barbee | 04/10/13 | 1.0 | 375.00 | 375.00 | Supervise solvency analysis and affidavit |
| **Category Subtotal** | | | **25.5** | | **$    6,782.00** | |
| | | | | | | |
| Case Administration | Owens | 11/01/11 | 0.3 | 125.00 | 37.50 | Copy prior years tax returns to file |
| Case Administration | Owens | 11/01/11 | 0.4 | 125.00 | 50.00 | Print and save prior years corporate tax returns to file. Save emails to file concerning passwords and notes on case |
| Case Administration | Licamara | 01/23/12 | 0.3 | 275.00 | 82.50 | Coordinate with IT for image of computers |
| Case Administration | Aparicio | 03/05/12 | 0.8 | 180.00 | 144.00 | Review Debtor records and begin planning of disbursement analysis and indexing of records with LRO to be used in connection with identification of preferences and fraudulent transfers |
| Case Administration | Aparicio | 03/05/12 | 0.8 | 180.00 | 144.00 | Continue review of Debtor's records and planning of initial disbursement analysis and records index to be used in connection with identification of preferences and fraudulent transfers |
| Case Administration | Owens | 03/21/12 | 2.5 | 125.00 | 312.50 | Begin index of Debtor boxed records and bank statements. |
| Case Administration | Owens | 03/22/12 | 2.0 | 125.00 | 250.00 | Continue index of Debtor records. |
| Case Administration | Owens | 03/23/12 | 5.9 | 125.00 | 737.50 | Continue index of Debtor records with extensive detail on bank and tax records. |
| Case Administration | Owens | 03/26/12 | 3.7 | 125.00 | 462.50 | Complete index of Debtor records, download schedules and SOFA from Pacer. |
| Case Administration | Licamara | 06/12/12 | 0.3 | 275.00 | 82.50 | Prepare request to appraisal company for copy of appraisal paid for by Debtor in 2010 |
| Case Administration | Licamara | 06/20/12 | 0.4 | 275.00 | 110.00 | Call with Trustee staff regarding report letter and potential fraudulent transfers identified. |
| Case Administration | Pritchard | 09/17/12 | 0.4 | 105.00 | 42.00 | Download complaints in adversary cases. |

EXHIBIT 3
The Applicant's complete time records, in chronological order
by activity code category, for the time period covered by the application.
The requested fees are itemized to the tenth of an hour.

| Case Administration | Pritchard | 09/19/12 | 0.4 | 105.00 | 42.00 | Download complaints in adversary cases. Create folders and organize docket and complaint for each case. |
|---|---|---|---|---|---|---|
| Case Administration | Pritchard | 09/20/12 | 1.2 | 105.00 | 126.00 | Complete download of dockets, complaints and other pertinent pleadings in adversary cases. |
| Case Administration | Pritchard | 09/20/12 | 0.2 | 105.00 | 21.00 | Download additional documents from PACER. |
| Case Administration | Pritchard | 09/24/12 | 0.2 | 105.00 | 21.00 | Download pleadings and update calendar. |
| Case Administration | Pritchard | 10/02/12 | 0.9 | 105.00 | 94.50 | Download pleadings to file in bankruptcy case. Create adversary cases for HSBC Bank and download pleadings. Prepare letter to Thomas Mullen requesting records. |
| Case Administration | Pritchard | 02/26/13 | 0.2 | 105.00 | 21.00 | Update pleadings with new ECF filings received. |
| Case Administration | Pritchard | 02/27/13 | 0.2 | 105.00 | 21.00 | Update pleadings with new ECF filings received. |
| Case Administration | Licamara | 03/19/13 | 0.2 | 290.00 | 58.00 | Review of pending case matters and pending litigation |
| Case Administration | Pritchard | 03/28/13 | 0.2 | 105.00 | 21.00 | Update pleadings with new ECF filings received. |
| Case Administration | Pritchard | 04/04/13 | 0.2 | 105.00 | 21.00 | Update pleadings with new ECF filings. |
| Case Administration | Pritchard | 04/09/13 | 0.2 | 105.00 | 21.00 | Update pleadings with new ECF filings. |
| Case Administration | Pritchard | 04/19/13 | 0.3 | 105.00 | 31.50 | Update pleadings with new ECF filings. |
| Case Administration | Pritchard | 05/23/13 | 0.2 | 105.00 | 21.00 | Update pleadings with new ECF filings received. |
| Case Administration | Pritchard | 06/19/13 | 0.3 | 105.00 | 31.50 | Update pleadings with new ECF filings received. |
| Case Administration | Pritchard | 07/03/13 | 0.3 | 105.00 | 31.50 | Update pleadings with new ECF filings. |
| Case Administration | Pritchard | 08/01/13 | 0.3 | 105.00 | 31.50 | Update pleadings with new ECF filings. |
| Case Administration | Pritchard | 08/13/13 | 0.2 | 105.00 | 21.00 | Update pleadings with new ECF filings. |
| Case Administration | Pritchard | 03/12/14 | 0.2 | 110.00 | 22.00 | Update pleadings with new ECF filings. |
| Case Administration | Pritchard | 04/15/14 | 0.2 | 110.00 | 22.00 | Update pleadings with new ECF filings. |
| Case Administration | Pritchard | 07/24/14 | 0.6 | 110.00 | 66.00 | Update pleadings with new ECF filings. |
| **Category Subtotal** | | | **24.5** | | **$   3,200.50** | |
| | | | | | | |
| Data Analysis | Campos | 09/28/11 | 1.2 | 180.00 | 216.00 | Browse client server data and identify accounting software per T. Licamara. |
| Data Analysis | Campos | 09/28/11 | 3.0 | 180.00 | 540.00 | Meet Marcum team onsite at main client office; Identify computers with pertinent data and remove from premises for imaging. |
| Data Analysis | Campos | 01/25/12 | 1.3 | 125.00 | 162.50 | Create forensic image of debtor server and computer hard drives. |
| Data Analysis | Campos | 01/26/12 | 1.2 | 125.00 | 150.00 | Create forensic images of two (2) debtor computers. |
| Data Analysis | Campos | 01/30/12 | 2.3 | 125.00 | 287.50 | Review debtor hard drives for accounting software. |
| Data Analysis | Campos | 03/15/12 | 2.0 | 180.00 | 360.00 | Gain access to debtor ERP software. |
| Data Analysis | Campos | 03/22/12 | 4.5 | 180.00 | 810.00 | Troubleshoot PracticeWorks software application per Marcum team. |
| Data Analysis | Campos | 03/26/12 | 3.0 | 180.00 | 540.00 | Troubleshoot PracticeWorks debtor application with software company. |
| Data Analysis | Campos | 04/17/12 | 1.0 | 180.00 | 180.00 | Export customer statement reports per J. Aparicio. |

EXHIBIT 3

The Applicant's complete time records, in chronological order
by activity code category, for the time period covered by the application.
The requested fees are itemized to the tenth of an hour.

| Data Analysis | Delatorre | 02/13/13 | 0.3 | 265.00 | 79.50 | Compress Requested files.  Upload to MFT site. |
|---|---|---|---|---|---|---|
| Data Analysis | Delatorre | 04/02/13 | 1.0 | 265.00 | 265.00 | Reconnect computer, launch windows, ensure computer works properly. |
| Data Analysis | Garcia | 04/02/13 | 1.0 | 190.00 | 190.00 | Review practice's computer to obtain access to accounting programs. Time includes meeting with Computer forensics person to inspect the same. |
| Data Analysis | Delatorre | 04/03/13 | 1.6 | 265.00 | 424.00 | Complete Service call. Practice Works running |
| Data Analysis | Delatorre | 04/03/13 | 1.6 | 265.00 | 424.00 | Continue Support with Practice Works |
| Data Analysis | Delatorre | 04/03/13 | 1.6 | 265.00 | 424.00 | Convert Server Image into Virtual Server |
| Data Analysis | Delatorre | 04/03/13 | 1.6 | 265.00 | 424.00 | Troubleshoot Practiceworks errors with Support |
| Data Analysis | Garcia | 04/08/13 | 0.4 | 190.00 | 76.00 | Analyze desktop connection to obtain access to practice's accounting system. |
| Data Analysis | Delatorre | 04/09/13 | 1.0 | 265.00 | 265.00 | Printer configuration error on PracticeWorks. Troubleshooting |
| Data Analysis | Garcia | 04/09/13 | 2.0 | 190.00 | 380.00 | Analyze desktop connection to obtain access to practice's accounting system. Time includes communications with various staff regarding the same. |
| Data Analysis | Delatorre | 04/10/13 | 1.0 | 265.00 | 265.00 | Convert Reports to PDF format |
| Data Analysis | Garcia | 04/10/13 | 3.0 | 190.00 | 570.00 | Extract Accounts Receivable reports from debtor's accounting system. Perform research regarding software's ability to generate reports. |
| Data Analysis | Heller | 06/30/14 | 1.1 | 340.00 | 374.00 | Review status of Debtor forensic images and CPUs recovered. |
| **Category Subtotal** | | | **36.7** | | **$   7,406.50** | |
| | | | | | | |
| Fee Applications | Licamara | 06/04/14 | 2.0 | 320.00 | 640.00 | Review WIP and preparation of final fee application. |
| Fee Applications | Licamara | 10/17/14 | 0.1 | 340.00 | 34.00 | Planning for final fee application |
| Fee Applications | Arce-Solorzano | 09/02/15 | 5.0 | 85.00 | 425.00 | Update Final Fee Application and Exhibits |
| Fee Applications | Heller | 09/02/15 | 0.5 | 425.00 | 212.50 | Review Final Fee Application |
| **Category Subtotal** | | | **7.6** | | **$   1,311.50** | |
| | | | | | | |
| Litigation Consulting | Heller | 03/20/12 | 0.6 | 290.00 | 174.00 | Per trustee, review Chapter 5 analysis status with Jeanne Aparicio |
| Litigation Consulting | Licamara | 05/31/12 | 1.8 | 275.00 | 495.00 | Analyze nature of disbursements for potential fraudulent transfers identified by staff analysis and begin to finalize report letter and exhibits to Trustee. |
| Litigation Consulting | Licamara | 06/01/12 | 0.5 | 275.00 | 137.50 | Supervise updates to fraudulent transfer analysis for GL coding. |
| Litigation Consulting | Aparicio | 06/12/12 | 0.8 | 180.00 | 144.00 | Draft request to Altair for copy of Appraisal prepared for Debtor |
| Litigation Consulting | Licamara | 06/25/12 | 1.5 | 275.00 | 412.50 | Receive counsel email regarding fraudulent transfers, prepare exhibits to demand letters for counsel and research counsel's solvency/insolvency questions and respond to same. |

EXHIBIT 3

The Applicant's complete time records, in chronological order
by activity code category, for the time period covered by the application.
The requested fees are itemized to the tenth of an hour.

| | | | | | | |
|---|---|---|---|---|---|---|
| Litigation Consulting | Licamara | 06/29/12 | 0.6 | 275.00 | 165.00 | Supervise staff with compiling support for fraudulent transfers. |
| Litigation Consulting | Licamara | 07/02/12 | 1.7 | 275.00 | 467.50 | Supervise LRO with compiling support to fraudulent transfers and review reformat checks missing lists and forward all to counsel for demand letters and subpoena to bank |
| Litigation Consulting | Licamara | 07/03/12 | 0.2 | 275.00 | 55.00 | Correspond with counsel regarding inquiries about support to be requested from bank |
| Litigation Consulting | Licamara | 07/05/12 | 0.2 | 275.00 | 55.00 | Receive and read counsel email regarding demand letters and instruct staff for responding to same. |
| Litigation Consulting | Licamara | 07/09/12 | 0.4 | 275.00 | 110.00 | Receive and review demand letter attachments and comment to counsel on same. |
| Litigation Consulting | Licamara | 08/02/12 | 0.4 | 275.00 | 110.00 | Emails with counsel regarding demand letters; Follow up on attachments to demand letters with staff. |
| Litigation Consulting | Licamara | 08/10/12 | 0.2 | 275.00 | 55.00 | Receive and review lists for demand letters and comment on same and coordinate with staff for missing address information. |
| Litigation Consulting | Owens | 08/13/12 | 1.7 | 125.00 | 212.50 | Search electronic and boxed records for addresses for demand letters. |
| Litigation Consulting | Licamara | 08/27/12 | 0.5 | 275.00 | 137.50 | Emails to/from counsel regarding status of demand letters and fraudulent transfers |
| Litigation Consulting | Licamara | 09/12/12 | 0.1 | 290.00 | 29.00 | Follow up on filing adversaries |
| Litigation Consulting | Licamara | 09/18/12 | 0.4 | 290.00 | 116.00 | Assist counsel with information to file complaints. |
| Litigation Consulting | Licamara | 09/19/12 | 1.1 | 290.00 | 319.00 | Assist counsel with filing complaints and review each to ensure all targets identified were dealt with; Planning for subpoena's to Metro Bank for copies of checks for complaint support. |
| Litigation Consulting | Licamara | 09/26/12 | 1.5 | 290.00 | 435.00 | Analysis of how transactions related to targets recorded on GL and prepare detailed email to counsel and special counsel to explain same |
| Litigation Consulting | Licamara | 10/09/12 | 0.4 | 290.00 | 116.00 | Prepare litigation files regarding adversaries filed and organize/archive emails for future use in connection with avoidable transfers |
| Litigation Consulting | Licamara | 10/16/12 | 0.2 | 290.00 | 58.00 | Correspond with counsel regarding Accountant requests and potential settlement with target. |
| Litigation Consulting | Licamara | 10/19/12 | 0.8 | 290.00 | 232.00 | Correspond with counsel regarding Amex; Correspond with special counsel regarding Ritz Carlton and research property for same. |
| Litigation Consulting | Licamara | 10/23/12 | 0.3 | 290.00 | 87.00 | Correspond with counsel regarding Amex inquires and coordinate with staff for compiling data requested. |
| Litigation Consulting | Licamara | 10/24/12 | 0.4 | 290.00 | 116.00 | Receive requests from counsel regarding support requested by GMAC and Great West Life and advise staff for compiling same; Supervise staff with request for records to banks. |

EXHIBIT 3

The Applicant's complete time records, in chronological order
by activity code category, for the time period covered by the application.
The requested fees are itemized to the tenth of an hour.

| | | | | | | |
|---|---|---|---|---|---|---|
| Litigation Consulting | Licamara | 10/25/12 | 0.3 | 290.00 | 87.00 | Emails from counsel regarding support needed and supervise compiling same. |
| Litigation Consulting | Licamara | 10/26/12 | 0.5 | 290.00 | 145.00 | Assist counsel with information regarding Great West and BOA country wide home loans. |
| Litigation Consulting | Licamara | 10/29/12 | 0.6 | 290.00 | 174.00 | Assist counsel with providing support for transfers and pending settlements. |
| Litigation Consulting | Licamara | 11/15/12 | 0.5 | 290.00 | 145.00 | Receive request for information from counsel, coordinate and supervise compiling same and email to counsel regarding support and inquiries. |
| Litigation Consulting | Licamara | 11/19/12 | 0.3 | 290.00 | 87.00 | Receive information regarding GMAC offer to settle fraudulent transfer. |
| Litigation Consulting | Licamara | 11/27/12 | 0.8 | 290.00 | 232.00 | Receive response from Judy Faine counsel regarding avoidable transfer and support for loans - trace documents provided to Debtor books and records to confirm nature of disbursement is loan and correspond with counsel regarding dismissal of suit. |
| Litigation Consulting | Licamara | 12/12/12 | 0.4 | 290.00 | 116.00 | Correspondence from counsel, investigate inquiry regarding settlement and respond to same regarding Great West. |
| Litigation Consulting | Licamara | 01/07/13 | 1.3 | 290.00 | 377.00 | Receive and analyze production from former accountant |
| Litigation Consulting | Licamara | 01/08/13 | 1.1 | 290.00 | 319.00 | Correspond with counsel regarding outstanding adversaries, research inquiries and supervise compiling discovery requests; Planning for solvency/insolvency analysis |
| Litigation Consulting | Licamara | 01/09/13 | 0.5 | 290.00 | 145.00 | Receive inquiries from counsel and coordinate responses to same; Supervise staff with compiling information requested and respond to counsel |
| Litigation Consulting | Owens | 01/10/13 | 1.8 | 130.00 | 234.00 | Compile requested support for Counsel for Ritz Carlton payments - forward to TAL for review. |
| Litigation Consulting | Licamara | 01/11/13 | 1.0 | 290.00 | 290.00 | Receive and read USAA request for discovery; Research related to USAA and Great West and respond to counsel regarding same. |
| Litigation Consulting | Owens | 01/14/13 | 1.2 | 130.00 | 156.00 | Pull additional support for payments to USAA per request of Counsel. |
| Litigation Consulting | Licamara | 01/29/13 | 1.5 | 290.00 | 435.00 | With counsel to discuss and respond to USAA interrogatories |
| Litigation Consulting | Licamara | 02/01/13 | 1.7 | 290.00 | 493.00 | Research related to USAA and Great West payments and checks; Planning for interrogatories |
| Litigation Consulting | Owens | 02/05/13 | 4.3 | 130.00 | 559.00 | Begin pulling support for adversary cases for USAA and Great West Insurance per list on complaints for Counsel. |
| Litigation Consulting | Licamara | 02/05/13 | 0.4 | 290.00 | 116.00 | Instruct staff for compiling data and supervise same regarding Great West and USAA. |

EXHIBIT 3

The Applicant's complete time records, in chronological order
by activity code category, for the time period covered by the application.
The requested fees are itemized to the tenth of an hour.

| | | | | | | |
|---|---|---|---|---|---|---|
| Litigation Consulting | Owens | 02/06/13 | 3.4 | 130.00 | 442.00 | Complete retrieval of support for items on complaint list for Great West and USAA companies for 2006-2010 for Counsel.  Compile into PDF format and forward to TAL for review. |
| Litigation Consulting | Licamara | 02/06/13 | 0.4 | 290.00 | 116.00 | Attend to support requested and interrogatories for USAA complaint |
| Litigation Consulting | Licamara | 02/12/13 | 1.0 | 290.00 | 290.00 | Attend to USAA interrogatories |
| Litigation Consulting | Licamara | 02/13/13 | 2.2 | 290.00 | 638.00 | Discuss interrogatories with counsel, revise responses to interrogatories; discuss with ARB; Plan and coordinate document production regarding USAA interrogatories; Coordinate BEM signature for interrogatories |
| Litigation Consulting | Licamara | 02/13/13 | 1.9 | 290.00 | 551.00 | Research accountant work papers and begin evaluating data for insolvency/solvency analysis. |
| Litigation Consulting | Barbee | 02/13/13 | 1.0 | 375.00 | 375.00 | Supervise analysis of solvency and responses to interrogatories. |
| Litigation Consulting | Licamara | 02/14/13 | 1.4 | 290.00 | 406.00 | Make revisions to USAA interrogatories and finalize to counsel |
| Litigation Consulting | Licamara | 02/18/13 | 2.3 | 290.00 | 667.00 | Analysis of Accountants general ledgers and compare to Great West complaint and research additional payments to great west to be added to amended complaint. |
| Litigation Consulting | Licamara | 02/19/13 | 0.3 | 290.00 | 87.00 | Supervise compiling BOA support for counsel. |
| Litigation Consulting | Licamara | 02/25/13 | 0.9 | 290.00 | 261.00 | Receive email from counsel regarding Transamerica coding in GL; Call with counsel and research coding to assist counsel with hearing on motion to abandon policy. |
| Litigation Consulting | Licamara | 02/26/13 | 0.3 | 290.00 | 87.00 | Receive and read motions to compromise and update litigation for same. |
| Litigation Consulting | Licamara | 03/04/13 | 2.2 | 290.00 | 638.00 | Great West & USAA adversaries and call with counsel |
| Litigation Consulting | Licamara | 03/08/13 | 1.2 | 290.00 | 348.00 | Receive and read various correspondence between counsel and Great West and USAA targets and proposed settlements for both and follow up on status of all other adversaries. |
| Litigation Consulting | Licamara | 03/15/13 | 0.5 | 290.00 | 145.00 | Receive request for information from counsel and compile same in connection with proposed settlement with Great West. |
| Litigation Consulting | Licamara | 03/18/13 | 1.0 | 290.00 | 290.00 | Attend to document request regarding Great West litigation and potential settlement. |
| Litigation Consulting | Licamara | 04/02/13 | 1.0 | 290.00 | 290.00 | Planning for solvency/insolvency analysis and affidavit. |
| Litigation Consulting | Licamara | 04/12/13 | 1.5 | 290.00 | 435.00 | Continue to work on affidavit regarding summary judgment. |
| Litigation Consulting | Heller | 05/03/13 | 0.5 | 305.00 | 152.50 | Monthly review case and litigation status. |
| Litigation Consulting | Licamara | 06/04/13 | 0.3 | 290.00 | 87.00 | Receive email from counsel regarding support needed and coordinate with staff for compiling same. |

EXHIBIT 3

The Applicant's complete time records, in chronological order
by activity code category, for the time period covered by the application.
The requested fees are itemized to the tenth of an hour.

| | | | | | | |
|---|---|---|---|---|---|---|
| Litigation Consulting | Heller | 06/04/13 | 0.5 | 305.00 | 152.50 | Review case and litigation status with Trustee staff. |
| Litigation Consulting | Licamara | 11/14/13 | 3.0 | 320.00 | 960.00 | Prepare binder for BEM deposition in chase adversary (2.5); Meet with BEM to prepare for deposition and review binder and call with counsel re same.(.5) |
| Litigation Consulting | Mukamal | 11/15/13 | 1.1 | 475.00 | 522.50 | Prepare analysis of insolvency at different points in time and analysis of personal debtor expenses |
| Litigation Consulting | Licamara | 12/03/13 | 1.2 | 320.00 | 384.00 | Receive email from counsel regarding outstanding issues related to BOA adversary, research same and prepare for call with counsel. |
| Litigation Consulting | Licamara | 12/06/13 | 0.2 | 320.00 | 64.00 | Attend to counsel inquiries re W-9 re Chase |
| Litigation Consulting | Licamara | 12/09/13 | 1.8 | 320.00 | 576.00 | Receive correspondence from counsel to BOA regarding $211K claim, review same, investigate and begin to compile additional support as requested. |
| Litigation Consulting | Licamara | 12/10/13 | 1.4 | 320.00 | 448.00 | Analysis of BOA transfers related to Mtg payments and research support missing and compile same from Accountant's production and correspond with counsel regarding same. |
| Litigation Consulting | Licamara | 12/10/13 | 3.8 | 320.00 | 1,216.00 | Analyze BOA support for cash advances and trace to Debtors bank account and general ledger and prepare schedule of same to be used by counsel at mediation. |
| Litigation Consulting | Licamara | 12/10/13 | 0.7 | 320.00 | 224.00 | Call with counsel regarding mediation (.2); Research missing support for credit card payments and calculate adjusted amount for support not located and overall assisting with preparation for mediation (.5) |
| Litigation Consulting | Licamara | 12/11/13 | 0.3 | 320.00 | 96.00 | Follow up with counsel regarding BOA mediation. |
| Litigation Consulting | Licamara | 02/24/14 | 0.3 | 320.00 | 96.00 | Receive and read emails and settlement agreement/documents re BOA settlement |
| **Category Subtotal** | | | **72.1** | | **$ 19,393.00** | |
| | | | | | | |
| Preference & Fraudulent Transfer Analysis | Owens | 03/19/12 | 2.5 | 125.00 | 312.50 | Download reports from Debtor's computer for all bank accounts including check registers and transaction reports. |
| Preference & Fraudulent Transfer Analysis | Aparicio | 03/19/12 | 1.5 | 180.00 | 270.00 | Supervise data retrieval from Debtor's accounting program to be used in connection with preference and fraudulent transfer analysis |
| Preference & Fraudulent Transfer Analysis | Owens | 03/26/12 | 4.8 | 125.00 | 600.00 | Begin preparation of fraudulent transfer and preference payments analysis. |
| Preference & Fraudulent Transfer Analysis | Owens | 03/27/12 | 6.7 | 125.00 | 837.50 | Entry of bank statement data into preference analysis for 2007. |
| Preference & Fraudulent Transfer Analysis | Owens | 03/29/12 | 1.0 | 125.00 | 125.00 | Work with GC on attempt to access financial records directly from Debtor computer. |

EXHIBIT 3

The Applicant's complete time records, in chronological order
by activity code category, for the time period covered by the application.
The requested fees are itemized to the tenth of an hour.

| | | | | | | |
|---|---|---|---|---|---|---|
| Preference & Fraudulent Transfer Analysis | Owens | 04/02/12 | 5.3 | 125.00 | 662.50 | Continue preference analysis from bank statements. |
| Preference & Fraudulent Transfer Analysis | Owens | 04/03/12 | 4.7 | 125.00 | 587.50 | Continue preparation of preference and fraudulent transfer analysis. |
| Preference & Fraudulent Transfer Analysis | Owens | 04/06/12 | 4.9 | 125.00 | 612.50 | Complete preferences and fraudulent transfer analysis.  Forward to J. Aparicio for review. |
| Preference & Fraudulent Transfer Analysis | Owens | 04/26/12 | 2.0 | 125.00 | 250.00 | Search Debtor records for information related to targets on the preference analysis. |
| Preference & Fraudulent Transfer Analysis | Aparicio | 04/26/12 | 2.1 | 180.00 | 378.00 | Review preliminary disbursement analysis and isolate potential preferences and fraudulent transfers (1.5); supervise review of support related to same (.6) |
| Preference & Fraudulent Transfer Analysis | Aparicio | 04/30/12 | 1.2 | 180.00 | 216.00 | Review of 90 day and 4 year preference analysis (.3); identify payments that are personal in nature based on Debtor's petition and schedules (.9) |
| Preference & Fraudulent Transfer Analysis | Aparicio | 05/31/12 | 4.5 | 180.00 | 810.00 | Prepare draft report and exhibits to trustee related to avoidable transfers |
| Preference & Fraudulent Transfer Analysis | Aparicio | 06/01/12 | 2.2 | 180.00 | 396.00 | Revise avoidable transfer report exhibits and memo (2.2); conference with TAL regarding same (.3) |
| Preference & Fraudulent Transfer Analysis | Barbee | 06/06/12 | 0.4 | 350.00 | 140.00 | Supervise analysis of financial condition of Debtor and avoidable transfers. |
| Preference & Fraudulent Transfer Analysis | Owens | 06/13/12 | 4.5 | 125.00 | 562.50 | Begin search of Debtor records to find support documents for fraudulent transfers and preferences. |
| Preference & Fraudulent Transfer Analysis | Owens | 06/14/12 | 3.9 | 125.00 | 487.50 | Complete scanning support for fraudulent transfer and preferences.  Update analysis with data from bank statements. |
| Preference & Fraudulent Transfer Analysis | Owens | 06/29/12 | 7.0 | 125.00 | 875.00 | Pull support for 90 day preferences and 4 year fraudulent transfers. |
| Preference & Fraudulent Transfer Analysis | Owens | 07/02/12 | 4.7 | 125.00 | 587.50 | Complete search and scan of Debtor banking records to support 90 day preferences and 4 year fraudulent transfer analysis. |
| Preference & Fraudulent Transfer Analysis | Owens | 07/06/12 | 0.5 | 125.00 | 62.50 | Review preference/fraudulent transfer analysis for Counsel and update vendor payment type for demand letters. |
| Preference & Fraudulent Transfer Analysis | Owens | 10/19/12 | 0.8 | 130.00 | 104.00 | Combine preference support for American Express payments and forward to TAL to review and send to Counsel.  Contact Metro Bank to see what is necessary to get missing copies of checks/statements.  Left a message with research department. |
| Preference & Fraudulent Transfer Analysis | Owens | 10/22/12 | 3.4 | 130.00 | 442.00 | Prepare list of missing American Express payments and fax to bank. Prepare list of all other missing payments for preference targets and fax to bank. |

EXHIBIT 3

The Applicant's complete time records, in chronological order
by activity code category, for the time period covered by the application.
The requested fees are itemized to the tenth of an hour.

| | | | | | | |
|---|---|---|---|---|---|---|
| Preference & Fraudulent Transfer Analysis | Owens | 10/24/12 | 1.0 | 130.00 | 130.00 | Compile preference target support for Counsel. Forward to TAL for review. |
| Preference & Fraudulent Transfer Analysis | Owens | 10/25/12 | 8.0 | 130.00 | 1,040.00 | Retrieve support for 15 preference targets from additional bank statements requested from bank - 2008 and 4/09 to 12/09. |
| Preference & Fraudulent Transfer Analysis | Owens | 10/26/12 | 1.8 | 130.00 | 234.00 | Update combined support for Counsel with additions payments from bank statements and forward to TAL for review. |
| Preference & Fraudulent Transfer Analysis | Owens | 10/31/12 | 5.0 | 130.00 | 650.00 | Complete pulling target transactions from statements received from bank today for 2006 and 2007. |
| Preference & Fraudulent Transfer Analysis | Owens | 02/18/13 | 1.8 | 130.00 | 234.00 | Compile support for payments to Bank of America (MBNA) per request of counsel. |
| Preference & Fraudulent Transfer Analysis | Owens | 02/18/13 | 1.8 | 130.00 | 234.00 | Retrieve support for payments to Citi Financial and additional support for payments to Great West.  Forward to TAL for review. |
| Preference & Fraudulent Transfer Analysis | Pritchard | 03/18/13 | 1.0 | 105.00 | 105.00 | Review bank records regarding Great-West Life & Annuity in connection with potential fraudulent transfer analysis. |
| Preference & Fraudulent Transfer Analysis | Singh | 07/01/13 | 2.8 | 145.00 | 406.00 | Analyze transfers made to accounts for mediation purposes. |
| Preference & Fraudulent Transfer Analysis | Singh | 07/02/13 | 1.5 | 145.00 | 217.50 | Continue analyzing and documenting transfers made to accounts for mediation purposes. |
| **Category Subtotal** | | | **93.3** | | **$ 12,569.00** | |
| Tax Issues | Foster | 01/27/12 | 0.3 | 240.00 | 72.00 | Retrieve data from Pacer and send to S:, briefly review S: data for tax return preparation, note on control |
| Tax Issues | Owens | 02/13/12 | 0.3 | 125.00 | 37.50 | Bankruptcy - Tax Issues |
| Tax Issues | Foster | 02/13/12 | 0.1 | 240.00 | 24.00 | Review IRS reminder of semi-weekly filing regarding semi-weekly payroll tax deposit requirement and save in S: |
| Tax Issues | Foster | 03/13/12 | 0.1 | 240.00 | 24.00 | Briefly review Forms 1 & 2 from Trustee and save to S: |
| Tax Issues | Mukamal | 04/06/12 | 0.6 | 475.00 | 285.00 | (March 27, 2012) Review of sales tax contract and execute |
| Tax Issues | Mukamal | 04/06/12 | 0.5 | 475.00 | 237.50 | (April 5, 2012) Work on sales tax issues |
| Tax Issues | Owens | 04/27/12 | 1.4 | 125.00 | 175.00 | Spread balance sheets for 2007 thru 2010 tax returns. |
| Tax Issues | Foster | 09/07/12 | 0.1 | 250.00 | 25.00 | Review 2011 tax return preparation issues w/TAL |
| Tax Issues | Licamara | 09/07/12 | 0.1 | 290.00 | 29.00 | Discuss returns for 2011 with KF and provide information needed. |
| Tax Issues | Foster | 09/09/12 | 2.7 | 250.00 | 675.00 | PA (1.7) and personal (1.0) review for tax purposes; email to TAL & AB for advice re: filing(s) |
| Tax Issues | Foster | 09/11/12 | 0.4 | 250.00 | 100.00 | Discuss tax issues w/TAL & AB |
| Tax Issues | Barbee | 09/11/12 | 0.7 | 375.00 | 262.50 | Evaluate tax issues and supervise preparation of 2011 income tax return. |

EXHIBIT 3

The Applicant's complete time records, in chronological order
by activity code category, for the time period covered by the application.
The requested fees are itemized to the tenth of an hour.

| | | | | | | |
|---|---|---|---|---|---|---|
| Tax Issues | Foster | 09/13/12 | 0.2 | 250.00 | 50.00 | Discuss PA tax issues w/AB, reminder to GS to follow up w/Debtor re: 2011 tax filings |
| Tax Issues | Foster | 09/14/12 | 3.0 | 250.00 | 750.00 | Prepare $0 return, review w/AB, prepare return from DIPs, review w/AB, coordinate MIB signature and MS mailing |
| Tax Issues | Barbee | 09/14/12 | 0.3 | 375.00 | 112.50 | Supervise preparation of 2011 income tax return. |
| Tax Issues | Foster | 11/05/12 | 1.0 | 250.00 | 250.00 | Cleanup 2011 1120S tax workpapers for GFR scan |
| Tax Issues | Owens | 11/06/12 | 0.2 | 130.00 | 26.00 | Transfer tax returns and workpapers from GoFileRoom to client file on the S:drive. |
| Tax Issues | Foster | 11/15/12 | 0.2 | 250.00 | 50.00 | Add 11/15 meeting notes to KF control |
| Tax Issues | Foster | 12/07/12 | 2.2 | 250.00 | 550.00 | Analyze tax consequences of real estate sale 2012 |
| Tax Issues | Foster | 12/10/12 | 0.6 | 250.00 | 150.00 | Briefly review analysis of condo sale w/SB, write-up conclusion of analysis and email to SB for detailed review and approval |
| Tax Issues | Foster | 12/13/12 | 0.6 | 250.00 | 150.00 | Review tax analysis of condo sale (bank bid-in) w/CR, email analysis to TAL & AB with explanation |
| Tax Issues | Licamara | 12/13/12 | 0.4 | 290.00 | 116.00 | Preparation for year end and tax returns needed for 2012 |
| Tax Issues | Rawson | 12/13/12 | 0.3 | 265.00 | 79.50 | Review tax analysis of condo sale with KF. |
| Tax Issues | Foster | 01/04/13 | 0.8 | 250.00 | 200.00 | IRS Notices and emails w/TAL in connection with Ch 11 payroll liabilities, including review of IRS claims on Pacer; prepare letter to IRS instructing them to file a claim re: 3/31/11 Form 941 liability and to TAL for review/signature |
| Tax Issues | Murray | 03/04/13 | 0.1 | 75.00 | 7.50 | 2012 1120S Extension preparation |
| Tax Issues | Foster | 03/08/13 | 0.1 | 250.00 | 25.00 | Prepare 2012 extension(s) |
| Tax Issues | Foster | 03/19/13 | 0.1 | 250.00 | 25.00 | BEM monthly case review manager meeting (and preparation for) to discuss status of case(s) |
| Tax Issues | Foster | 07/19/13 | 4.8 | 250.00 | 1,200.00 | Gather 2012 tax data; write-up and prepare supplemental statement for tax preparation |
| Tax Issues | Foster | 07/22/13 | 1.0 | 250.00 | 250.00 | Assist KS in preparation of 2012 Form 1120S |
| Tax Issues | Singh | 07/22/13 | 0.2 | 145.00 | 29.00 | Prepare PDL letter and Form 1120S for tax year 2012. |
| Tax Issues | Foster | 07/23/13 | 1.8 | 250.00 | 450.00 | Assist KS in the preparation of 2012 Form 1120S |
| Tax Issues | Singh | 07/23/13 | 5.0 | 145.00 | 725.00 | Continue preparation of tax return Form 1120S for tax year 2012. |
| Tax Issues | Foster | 07/24/13 | 0.6 | 250.00 | 150.00 | Review and revise 2012 Form 1120S prepared by KS, fwd. to CR |
| Tax Issues | Rawson | 07/24/13 | 0.3 | 265.00 | 79.50 | Review 2012 form 1120S |
| Tax Issues | Barbee | 08/17/13 | 0.3 | 375.00 | 112.50 | Supervise preparation of 2012 income tax return (Form 1120S) |
| Tax Issues | Foster | 09/25/13 | 0.1 | 265.00 | 26.50 | Manager meeting to discuss case status |
| Tax Issues | Licamara | 11/14/13 | 0.4 | 320.00 | 128.00 | With KF to discuss potential tax refund and carry back to obtain same. |

EXHIBIT 3

The Applicant's complete time records, in chronological order
by activity code category, for the time period covered by the application.
The requested fees are itemized to the tenth of an hour.

| | | | | | | |
|---|---|---|---|---|---|---|
| Tax Issues | Foster | 11/20/13 | 0.1 | 265.00 | 26.50 | BEM manager meeting - review status of client |
| Tax Issues | Foster | 11/20/13 | 0.1 | 265.00 | 26.50 | Review and save 2012 1120S IRS PDL response |
| Tax Issues | Licamara | 12/17/13 | 0.3 | 320.00 | 96.00 | Receive and read email regarding tax refund and status and planning to request additional information related to application of refund and potential reduction of claim. |
| Tax Issues | Barbee | 01/07/14 | 1.0 | 375.00 | 375.00 | Final review and execute 2012 estate income tax return and NOL carry back tax refund request. |
| Tax Issues | Foster | 02/05/14 | 0.1 | 265.00 | 26.50 | Bi-monthly BEM manager meeting discussion re: case status |
| Tax Issues | Arce-Solorzanao | 03/04/14 | 0.1 | 80.00 | 8.00 | Prepare 2013 1120S extension |
| Tax Issues | Foster | 04/03/14 | 0.1 | 265.00 | 26.50 | Bi-monthly manager meeting to discuss case status |
| Tax Issues | Heller | 08/18/14 | 0.4 | 340.00 | 136.00 | Follow-up on status of 2013 tax preparation with KF. |
| Tax Issues | Heller | 08/19/14 | 0.4 | 340.00 | 136.00 | Direct SR with preparation of 2013 income tax return. |
| Tax Issues | Roman | 08/20/14 | 0.2 | 145.00 | 29.00 | Reviewed 2013 Tax Return Work-papers |
| Tax Issues | Roman | 08/20/14 | 0.5 | 145.00 | 72.50 | Updated 2013 Work-papers |
| Tax Issues | Heller | 08/21/14 | 0.5 | 340.00 | 170.00 | Assist staff with 2013 income tax workpaper preparation. |
| Tax Issues | Roman | 08/21/14 | 0.2 | 145.00 | 29.00 | Created open items list to Trustee for updated information. |
| Tax Issues | Roman | 08/21/14 | 2.0 | 145.00 | 290.00 | Updated 2013 QuickBooks Activity |
| Tax Issues | Heller | 08/22/14 | 0.3 | 340.00 | 102.00 | Continue to direct and assist with preparation of 2013 income tax return. |
| Tax Issues | Roman | 08/22/14 | 2.5 | 145.00 | 362.50 | Prepared 2013 Tax Return, PDL and Supplemental Statement. |
| Tax Issues | Heller | 08/25/14 | 0.6 | 340.00 | 204.00 | Continue with preparation of 2013 income tax return. |
| Tax Issues | Heller | 08/26/14 | 0.6 | 340.00 | 204.00 | Manager review of 2013 income tax return along with applicable requests for prompt determination of tax liability under §505(b). |
| Tax Issues | Roman | 08/26/14 | 0.7 | 145.00 | 101.50 | Prepared 2013 Tax Return, PDL and Supplemental Statement. |
| Tax Issues | Roman | 08/28/14 | 0.3 | 145.00 | 43.50 | Prepared file in GoFileRoom to route to reviewer. |
| Tax Issues | Goines | 08/29/14 | 0.5 | 190.00 | 95.00 | Review Tax Return |
| Tax Issues | Heller | 09/02/14 | 0.5 | 360.00 | 180.00 | Manager review of 12/31/2013 U.S. Corporation Income Tax Return (Form 1120S) along with applicable requests for prompt determination of tax liability under §505(b). |
| Tax Issues | Roman | 09/02/14 | 0.4 | 155.00 | 62.00 | Updated 2013 Work-papers and filled out Tax Form -Schedule B-1 for 2013. |
| Tax Issues | Murray | 09/03/14 | 0.4 | 85.00 | 34.00 | Bankruptcy - Tax Issues-2013 1120S Tax Return |
| Tax Issues | Heller | 09/03/14 | 0.5 | 360.00 | 180.00 | Execution and final review of 12/31/2013 U.S. Corporation Income Tax Return (Form 1120S) along with applicable requests for prompt determination of tax liability under §505(b). |

EXHIBIT 3

The Applicant's complete time records, in chronological order
by activity code category, for the time period covered by the application.
The requested fees are itemized to the tenth of an hour.

| | | | | | | |
|---|---|---|---|---|---|---|
| Tax Issues | Arce-Solorzanao | 11/04/14 | 0.2 | 85.00 | 17.00 | Prepare response for IRS notice CP160, re: form 941, PE 03/31/11 |
| **Category Subtotal** | | | **45.4** | | **$ 10,671.50** | |
| | | | | | | |
| **Total Fees:** | | | **305.1** | | **$ 61,334.00** | |
| | | | | | | |
| Administrative and Technology | | 10/10/11 | | | 1.44 | Administration Fee |
| Administrative and Technology | | 10/15/11 | | | 9.44 | Pacer charges for September 2011 |
| Messenger | | 03/30/12 | | | 100.24 | LH - 3/15/2012 - Went to Marcum Miami Office, picked up boxes, and delivered to Marcum Ft. Lauderdale Office. |
| Administrative and Technology | | 04/12/12 | | | 27.12 | Pacer Service Center Inv# RA2320-Q12012 Jan 2012 |
| Administrative and Technology | | 04/13/12 | | | 14.08 | Pacer Service Center Inv# RA2320-Q12012 Mar 2012 |
| Administrative and Technology | | 07/18/12 | | | 2.90 | Pacer charges for April 2012 |
| Administrative and Technology | | 07/27/12 | | | 3.10 | Pacer charges for June 2012 |
| Administrative and Technology | | 12/03/13 | | | 4.80 | Pacer charges re:Inv#RA-2320-Q32013  7/1/13 to 9/30/2013 |
| | | | | | | |
| **Total Expenses:** | | | | | **$      163.12** | |
| | | | | | | |
| **TOTAL FEES AND EXPENSES:** | | | | | **$ 61,497.12** | |