# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Page: 1-1

**Case No.:** 10-16744-BKC-LMI
**Case Name:** ROBERT FAINE D.D.S. P.A.

**Trustee Name:** (290830) Barry E. Mukamal
**Date Filed (f) or Converted (c):** 09/13/2011 (c)
**§ 341(a) Meeting Date:** 11/01/2011

**For Period Ending:** 06/30/2019

**Claims Bar Date:** 01/30/2012

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 5975 SUNSET DRIVE, SUITE 502, MIAMI, FL 33143<br>Purchase Fee and marketing costs, court ordered 11/14/12 | 480,000.00 | 0.00 | | 5,750.00 | FA |
| 2 | CASH ON HAND | 10.00 | 10.00 | | 0.00 | FA |
| 3 | TOTAL BANK A/N 4406 | 0.00 | 0.00 | | 0.00 | FA |
| 4 | BANKUNITED A/N 5865 | 9,000.00 | 9,000.00 | | 0.00 | FA |
| 5 | BANK ATLANTIC A/N 5817 | 1,231.26 | 1,231.26 | | 0.00 | FA |
| 6 | BRITTO LITHOGRAPH<br>Notice of abandonment on file with the court ECF 176. | 200.00 | 200.00 | OA | 0.00 | FA |
| 7 | SIX LAB COATS<br>Notice of abandonment on file with the court ECF 176. | 0.00 | 0.00 | OA | 0.00 | FA |
| 8 | ACCOUNTS RECEIVABLE<br>Notice of abandonment on file with the court ECF 176. | 48,000.00 | 48,000.00 | OA | 0.00 | FA |
| 9 | VARIOUS LICENSES AND PERMITS | 0.00 | 0.00 | | 0.00 | FA |
| 10 | PATIENT LISTS<br>Turned over to Debtor per Court Order 10/20/11 | 0.00 | 0.00 | | 0.00 | FA |
| 11 | OFFICE EQUIPMENT<br>Notice of abandonment on file with the court ECF 176. | 5,000.00 | 5,000.00 | OA | 0.00 | FA |
| 12 | MACHINERY, FIXTURES, EQUIPMENT<br>Notice of abandonment on file with the court ECF 176. | 6,000.00 | 6,000.00 | OA | 0.00 | FA |
| 13 | INSURANCE POLICY REFUND (u) | 232.00 | 232.00 | | 232.00 | FA |
| 14 | ASSET ENTERED IN ERROR (u) | 0.00 | 0.00 | | 0.00 | FA |
| 15 | ADV 12-1932 - AMERICAN EXPRESS COMPANY (u) | 52,169.78 | 52,169.78 | | 40,000.00 | FA |
| 16 | ADV 12-1937 - GENERAL MOTORS - N/K/A ALLY (u) | 13,047.11 | 13,047.11 | | 10,055.39 | FA |
| 17 | ADV 12-1934 - GREAT-WEST LIFE & ANNUITY (u) | 37,500.00 | 37,500.00 | | 37,500.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-2

Case No.: 10-16744-BKC-LMI  
Case Name: ROBERT FAINE D.D.S. P.A.  
For Period Ending: 06/30/2019

Trustee Name: (290830) Barry E. Mukamal  
Date Filed (f) or Converted (c): 09/13/2011 (c)  
§ 341(a) Meeting Date: 11/01/2011  
Claims Bar Date: 01/30/2012

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 18 | ADV 12-1922 - HSBC BANK NEVADA (u) | 15,750.00 | 15,750.00 | | 15,750.00 | FA |
| 19 | ADV 12-1936 - TRANSAMERICA OCCIDENTAL (u) | 7,500.00 | 7,500.00 | | 7,500.00 | FA |
| 20 | ADV 12-1923 - RITZ CARLTON HOTEL (u) | 68,762.58 | 38,500.00 | | 38,500.00 | FA |
| 21 | ADV 12-1935 - USAA (u) | 20,000.00 | 20,000.00 | | 20,000.00 | FA |
| 22 | ADV 12-1919 - BANK OF AMERICA NA (u) | 7,500.00 | 7,500.00 | | 7,500.00 | FA |
| 23 | ADV 12-1918 - BAC HOME LOANS SERVICING LP (u) | 150,000.00 | 150,000.00 | | 150,000.00 | FA |
| 24 | ADV 12-1920 - JP MORGAN CHASE BANK (u) | 50,000.00 | 50,000.00 | | 50,000.00 | FA |
| 25 | ADV 12-1930 - BANK OF AMERICA NA (u) | 15,500.00 | 15,500.00 | | 15,500.00 | FA |
| 26 | POTENTIAL FRAUDULENT CONVEYANCES (u) | 1.00 | 1.00 | | 0.00 | FA |
| 27 | UNDISCLOSED/HIDDEN ASSETS (u) | 20,000.00 | 20,000.00 | | 11,500.00 | 8,500.00 |
| 27 | Assets    Totals    (Excluding unknown values) | $1,007,403.73 | $497,141.15 | | $409,787.39 | $8,500.00 |

**Major Activities Affecting Case Closing:**

The Trustee reviewed the books and records of the business for preferences and fraudulent transfers and filed 13 adversary proceedings. Eleven of the adversary proceedings were settled, bringing value to the estate of $398,287.39 and the remaining two adversaries were dismissed. The Trustee settled the controversy regarding hidden, undisclosed assets for $20,000 payable over 14 months with payments concluding 03/01/20; court ordered 02/27/19 (ECF #398).

Claims review complete. Estate tax returns filed annually.

09/30/11 - Court order granting employment of Trustee's forensic accountant, Alan Barbee CPA (terminated 04/30/14).  
10/03/11 - Court order granting employment of Trustee's attorney, Patrick S. Scott, Esq.  
03/06/12 - Court order granting employment of Trustee's real estate broker, Matthew Rotolante and Sperry Van Ness.  
05/21/13 - Court order granting employment of Trustee's special counsel, Luis Salazar, Esq.  
07/08/14 - Court order granting employment of Trustee's accountants, KapilaMukamal, LLP.

**Initial Projected Date Of Final Report (TFR):** 12/31/2013    **Current Projected Date Of Final Report (TFR):** 08/31/2020

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Page: 1-3

**Case No.:** 10-16744-BKC-LMI  
**Case Name:** ROBERT FAINE D.D.S. P.A.  

**For Period Ending:** 06/30/2019

**Trustee Name:** (290830) Barry E. Mukamal  
**Date Filed (f) or Converted (c):** 09/13/2011 (c)  
**§ 341(a) Meeting Date:** 11/01/2011  
**Claims Bar Date:** 01/30/2012

07/31/2019  
Date

/s/Barry E. Mukamal  
Barry E. Mukamal

## Form 2

## Cash Receipts And Disbursements Record

Page: 2-1

| Case No.: | 10-16744-BKC-LMI | Trustee Name: | Barry E. Mukamal (290830) |
|---|---|---|---|
| Case Name: | ROBERT FAINE D.D.S. P.A. | Bank Name: | The Bank of New York Mellon |
| Taxpayer ID #: | **-***0253 | Account #: | **********8665 Checking Account |
| For Period Ending: | 06/30/2019 | Blanket Bond (per case limit): | $56,290,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/18/11 | {13} | First Community Insurance Company | Bussiness Owners Policy Refund | 1229-000 | 232.00 | | 232.00 |
| 12/11/12 | {15} | American Express Travel Related Services | Adv #12-1932; full settlement; court ordered 01/09/13 | 1241-000 | 40,000.00 | | 40,232.00 |
| 12/17/12 | {1} | GE Capital | Carve out and marketing expenses, court ordered 09/13/12 | 1110-000 | 5,750.00 | | 45,982.00 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO *********3088 20121220 | 9999-000 | | 45,982.00 | 0.00 |

| | | | COLUMN TOTALS | | 45,982.00 | 45,982.00 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 45,982.00 | |
| | | | Subtotal | | 45,982.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $45,982.00 | $0.00 | |

{ } Asset Reference(s)                                                                                                          ! - transaction has not been cleared

## Form 2

## Cash Receipts And Disbursements Record

Page: 2-2

| Case No.: | 10-16744-BKC-LMI | Trustee Name: | Barry E. Mukamal (290830) |
|---|---|---|---|
| Case Name: | ROBERT FAINE D.D.S. P.A. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0253 | Account #: | ******1766 Checking Account |
| For Period Ending: | 06/30/2019 | Blanket Bond (per case limit): | $56,290,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/21/12 |  | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 45,982.00 |  | 45,982.00 |
| 12/31/12 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 33.65 | 45,948.35 |
| 01/08/13 | 11001 | Caraballo Locksmith | Changing of locks, LR 2016-1(A)(a) | 2420-000 |  | 149.80 | 45,798.55 |
| 01/22/13 | {16} | Ally | Full settlement; court ordered 01/09/13 | 1241-000 | 10,055.39 |  | 55,853.94 |
| 01/31/13 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 76.53 | 55,777.41 |
| 02/28/13 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 74.87 | 55,702.54 |
| 03/29/13 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 77.44 | 55,625.10 |
| 04/09/13 | {19} | Transamerica Life Insurance Company | Full settlement; Adv 12-1936; court ordered 04/02/13 | 1241-000 | 3,952.50 |  | 59,577.60 |
| 04/09/13 | {19} | Transamerica Life Insurance Company | Full settlement; Adv 12-1936; court ordered 04/02/13 | 1241-000 | 3,547.50 |  | 63,125.10 |
| 04/30/13 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 92.53 | 63,032.57 |
| 05/31/13 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 93.68 | 62,938.89 |
| 06/03/13 | {17} | Great-West Life & Annuity Insurance Company | Full settlement; Adv 12-1934; court ordered 06/12/13 | 1241-000 | 37,500.00 |  | 100,438.89 |
| 06/12/13 |  | Salazar Jackson LLP | Adv #12-1923; payment #1: court ordered 05/24/13 |  | 12,833.34 |  | 113,272.23 |
|  | {20} |  | Adv #12-1923; payment #1: court ordered 05/24/13     $12,833.34 | 1241-000 |  |  | 113,272.23 |
| 06/18/13 | 11002 | Salazar Jackson LLP | Contingency fee and Expenses, court ordered 05/21/13 & 05/24/13 |  |  | 4,601.15 | 108,671.08 |
|  |  |  | Allocation Expenses     $366.15 | 3220-000 |  |  | 108,671.08 |
|  |  |  | Allocation fees     $4,235.00 | 3210-000 |  |  | 108,671.08 |
| 06/24/13 | {18} | Salazar Jackson LLP IOTA Accounta | Adv 12-1922; full settlement; court ordered 05/21/13 | 1241-000 | 15,750.00 |  | 124,421.08 |

Page Subtotals: $129,620.73    $5,199.65

{ } Asset Reference(s)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-3

| Case No.: | 10-16744-BKC-LMI | Trustee Name: | Barry E. Mukamal (290830) |
|---|---|---|---|
| Case Name: | ROBERT FAINE D.D.S. P.A. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0253 | Account #: | ******1766 Checking Account |
| For Period Ending: | 06/30/2019 | Blanket Bond (per case limit): | $56,290,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 139.13 | 124,281.95 |
| 07/18/13 | {21} | USAA | Adv #12-1935; full settlement; court ordered 07/01/13 | 1241-000 | 20,000.00 | | 144,281.95 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 210.57 | 144,071.38 |
| 08/01/13 | 11003 | Marcum LLP | Reimbursing of Marketing expenses, Miami Herald & Daily Business Review, court ordered 09/13/12 | 2990-000 | | 745.40 | 143,325.98 |
| 08/26/13 | | Salazar Jackson LLP | Adv #12-1923; payment #2; court ordered 05/24/13 | | 12,833.33 | | 156,159.31 |
| | {20} | | Adv #12-1923; payment #2; court ordered 05/24/13 $12,833.33 | 1241-000 | | | 156,159.31 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 208.17 | 155,951.14 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 216.83 | 155,734.31 |
| 10/01/13 | | Salazar Jackson LLP | Payment #3; Adv 12-1923; court ordered 05/24/13 | | 12,833.33 | | 168,567.64 |
| | {20} | | Payment #3; Adv 12-1923; court ordered 05/24/13 $12,833.33 | 1241-000 | | | 168,567.64 |
| 10/02/13 | 11004 | GrayRobinson PA | 1st Interim fees and expenses, court ordered 09/24/13 | | | 50,516.67 | 118,050.97 |
| | | | Allocation Fees $45,801.25 | 3210-000 | | | 118,050.97 |
| | | | Allocation Expenses $4,715.42 | 3220-000 | | | 118,050.97 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 208.55 | 117,842.42 |
| 11/08/13 | 11005 | Salazar Jackson LLP | Balance on contingency fee, Ritz Carlton settlement, court ordered 05/21/13 & 05/24/13 | 3210-000 | | 8,470.00 | 109,372.42 |
| 11/08/13 | 11006 | Salazar Jackson LLP | Contingency fees and expenses, court ordered 05/21/13 & 05/24/13 | | | 5,509.89 | 103,862.53 |
| | | | Allocation Fees | 3210-000 | | | 103,862.53 |

Page Subtotals:  $45,666.66  $66,225.21

{ } Asset Reference(s)                                                                                                    ! - transaction has not been cleared

## Form 2

## Cash Receipts And Disbursements Record

Page: 2-4

| Case No.: | 10-16744-BKC-LMI | Trustee Name: | Barry E. Mukamal (290830) |
|---|---|---|---|
| Case Name: | ROBERT FAINE D.D.S. P.A. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0253 | Account #: | ******1766 Checking Account |
| For Period Ending: | 06/30/2019 | Blanket Bond (per case limit): | $56,290,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | $5,197.50 | | | | |
| | | | Allocation expenses $312.39 | 3220-000 | | | 103,862.53 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 152.83 | 103,709.70 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 164.09 | 103,545.61 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 153.89 | 103,391.72 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 138.79 | 103,252.93 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 143.56 | 103,109.37 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 158.20 | 102,951.17 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 148.08 | 102,803.09 |
| 06/04/14 | {22} | Bank of America NA | Adv 12-1919; full settlement, court ordered 04/22/14 | 1241-000 | 7,500.00 | | 110,303.09 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 151.20 | 110,151.89 |
| 07/01/14 | {23} | Bank of America Corp | Adv 12-1918; Full settlement; court ordered 03/10/14 | 1241-000 | 150,000.00 | | 260,151.89 |
| 07/10/14 | 11007 | Salazar Jackson LLP | Adv 12-1918 contingency fees and expenses, court ordered 05/21/13 | | | 50,968.46 | 209,183.43 |
| | | | Allocation Fees $49,500.00 | 3210-600 | | | 209,183.43 |
| | | | Allocation Expenses $1,468.46 | 3220-610 | | | 209,183.43 |
| 07/10/14 | 11008 | Salazar Jackson LLP | Adv 12-1919 contingency fees and expenses, court ordered 05/21/13 | | | 3,587.41 | 205,596.02 |
| | | | Allocation Expenses | 3220-610 | | | 205,596.02 |

Page Subtotals: $157,500.00    $55,766.51

{ } Asset Reference(s)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-5

| Case No.: | 10-16744-BKC-LMI | Trustee Name: | Barry E. Mukamal (290830) |
|---|---|---|---|
| Case Name: | ROBERT FAINE D.D.S. P.A. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0253 | Account #: | ******1766 Checking Account |
| For Period Ending: | 06/30/2019 | Blanket Bond (per case limit): | $56,290,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | $1,112.41 | | | | |
| | | | Allocation Fees $2,475.00 | 3210-600 | | | 205,596.02 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 361.93 | 205,234.09 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 285.35 | 204,948.74 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 314.44 | 204,634.30 |
| 10/10/14 | {24} | JPMorgan Chase Bank NA | Adv 12-1920; full settlement; court ordered 01/17/14 | 1241-000 | 50,000.00 | | 254,634.30 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 344.89 | 254,289.41 |
| 11/05/14 | 11009 | Salazar Jackson LLP | Contingency fees and expenses, court ordered 01/17/14 | | | 16,970.64 | 237,318.77 |
| | | | Allocation Fees $16,500.00 | 3210-000 | | | 237,318.77 |
| | | | Allocation Expenses $470.64 | 3220-000 | | | 237,318.77 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 326.74 | 236,992.03 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 386.34 | 236,605.69 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 340.32 | 236,265.37 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 317.17 | 235,948.20 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 362.00 | 235,586.20 |
| 04/27/15 | {25} | Bank of America NA | Adv #12-1930; court ordered 04/07/15 | 1241-000 | 15,500.00 | | 251,086.20 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 340.34 | 250,745.86 |
| 05/07/15 | 11010 | Salazar Jackson LLP | Adv 12-01930, Contingency fees and expenses, court ordered 05/21/2013 | | | 5,326.93 | 245,418.93 |
| | | | Page Subtotals: | | $65,500.00 | $25,677.09 | |

{ } Asset Reference(s)                                                                                                 ! - transaction has not been cleared

## Form 2

## Cash Receipts And Disbursements Record

Page: 2-6

| Case No.: | 10-16744-BKC-LMI | Trustee Name: | Barry E. Mukamal (290830) |
|---|---|---|---|
| Case Name: | ROBERT FAINE D.D.S. P.A. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0253 | Account #: | ******1766 Checking Account |
| For Period Ending: | 06/30/2019 | Blanket Bond (per case limit): | $56,290,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Fees $5,115.00 | 3210-000 | | | 245,418.93 |
| | | | Expenses $211.93 | 3220-000 | | | 245,418.93 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 344.55 | 245,074.38 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 376.00 | 244,698.38 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 363.69 | 244,334.69 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 339.72 | 243,994.97 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 374.37 | 243,620.60 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 350.41 | 243,270.19 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 338.24 | 242,931.95 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 384.39 | 242,547.56 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 336.35 | 242,211.21 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 335.85 | 241,875.36 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 381.69 | 241,493.67 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 334.85 | 241,158.82 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 334.39 | 240,824.43 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 380.03 | 240,444.40 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 333.40 | 240,111.00 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 378.86 | 239,732.14 |

Page Subtotals:     $0.00     $5,686.79

{ } Asset Reference(s)                    ! - transaction has not been cleared

## Form 2

## Cash Receipts And Disbursements Record

Page: 2-7

| Case No.: | 10-16744-BKC-LMI | Trustee Name: | Barry E. Mukamal (290830) |
|---|---|---|---|
| Case Name: | ROBERT FAINE D.D.S. P.A. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0253 | Account #: | ******1766 Checking Account |
| For Period Ending: | 06/30/2019 | Blanket Bond (per case limit): | $56,290,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 343.87 | 239,388.27 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 331.93 | 239,056.34 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 365.79 | 238,690.55 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 342.38 | 238,348.17 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 365.62 | 237,982.55 |
| 03/14/19 | | Dennis Grossman - Attorney Trust Acct | Payment #1; court ordered ECF #398 | 1229-000 | 7,500.00 | | 245,482.55 |
| | {27} | | Asset #27      $7,500.00 | 1229-000 | | | 245,482.55 |
| 03/27/19 | | Transfer Debit to Metropolitan Commercial Bank acct ******9811 | Transition Debit to Metropolitan Commercial Bank acct 3910019811 | 9999-000 | | 245,482.55 | 0.00 |
| | | | **COLUMN TOTALS** | | 405,787.39 | 405,787.39 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 45,982.00 | 245,482.55 | |
| | | | **Subtotal** | | 359,805.39 | 160,304.84 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$359,805.39** | **$160,304.84** | |

{ } Asset Reference(s)                                                                                                                               ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-8

| Case No.: | 10-16744-BKC-LMI | Trustee Name: | Barry E. Mukamal (290830) |
| --- | --- | --- | --- |
| Case Name: | ROBERT FAINE D.D.S. P.A. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***0253 | Account #: | ******9811 Checking Account |
| For Period Ending: | 06/30/2019 | Blanket Bond (per case limit): | $56,290,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/27/19 |  | Transfer Credit from Rabobank, N.A. acct ******1766 | Transition Credit from Rabobank, N.A. acct 5001471766 | 9999-000 | 245,482.55 |  | 245,482.55 |
| 04/05/19 |  | Robert Faine | Payment #2; court ordered ECF #398 | 1229-000 | 1,000.00 |  | 246,482.55 |
|  | {27} |  | Asset #27 $1,000.00 | 1229-000 |  |  | 246,482.55 |
| 04/25/19 |  | Robert Faine | Payment #3, Court ordered ECF #398 | 1229-000 | 1,000.00 |  | 247,482.55 |
|  | {27} |  | Asset #27 $1,000.00 | 1229-000 |  |  | 247,482.55 |
| 05/24/19 |  | Robert Faine | Payment #4, Court ordered ECF #398 | 1229-000 | 1,000.00 |  | 248,482.55 |
|  | {27} |  | Asset #27 $1,000.00 | 1229-000 |  |  | 248,482.55 |
| 06/21/19 |  | Robert Faine | Payment #5; Court ordered ECF #398 | 1229-000 | 1,000.00 |  | 249,482.55 |
|  | {27} |  | Asset #27 $1,000.00 | 1229-000 |  |  | 249,482.55 |
|  |  | **COLUMN TOTALS** |  |  | 249,482.55 | 0.00 | $249,482.55 |
|  |  | Less: Bank Transfers/CDs |  |  | 245,482.55 | 0.00 |  |
|  |  | **Subtotal** |  |  | 4,000.00 | 0.00 |  |
|  |  | Less: Payments to Debtors |  |  |  | 0.00 |  |
|  |  | **NET Receipts / Disbursements** |  |  | $4,000.00 | $0.00 |  |

{ } Asset Reference(s)                                                                                                    ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-9

| | |
|---|---|
| **Case No.:** | 10-16744-BKC-LMI |
| **Case Name:** | ROBERT FAINE D.D.S. P.A. |
| **Taxpayer ID #:** | **-***0253 |
| **For Period Ending:** | 06/30/2019 |

| | |
|---|---|
| **Trustee Name:** | Barry E. Mukamal (290830) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account #:** | ******9811 Checking Account |
| **Blanket Bond (per case limit):** | $56,290,000.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $409,787.39 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $409,787.39 |

| **TOTAL - ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSEMENTS** | **ACCOUNT BALANCES** |
|---|---|---|---|
| **********8665 Checking Account | $45,982.00 | $0.00 | $0.00 |
| ******1766 Checking Account | $359,805.39 | $160,304.84 | $0.00 |
| ******9811 Checking Account | $4,000.00 | $0.00 | $249,482.55 |
| | $409,787.39 | $160,304.84 | $249,482.55 |

07/31/2019
**Date**

/s/Barry E. Mukamal
**Barry E. Mukamal**