UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

**ROBERT FAINE, D.D.S., P.A.,**            Case No.: 10-16744-BKC-LMI
                                           Chapter 7

    Debtor.
_____/

SUMMARY OF FIRST AND FINAL
APPLICATION FOR COMPENSATION OF KAPILAMUKAMAL, LLP

1.  Name of Applicant: ........................................................................... KapilaMukamal, LLP
2.  Role of Applicant: ........................................................ Accountant for Trustee, Mukamal
3.  Name of Certifying Professional: .................................................. Barry E. Mukamal, CPA
4.  Date case filed as Chapter 11: ............................................................... March 17, 2010
5.  Date converted to Chapter 7: ........................................................... September 13, 2011
6.  Date of Retention Order: .............................................................................. July 8, 2014
    *Effective* May 1, 2014

7.  Period for this Application: ................................................. May 1, 2014 to June 29, 2020
8.  Amount of Compensation Sought: ................................................................ $10,053.00
9.  Estimate for Trailing Issues[1]: ............................................................................ $300.00
10. Total Fees Requested: ................................................................................. $10,353.00
11. Amount of Expense Reimbursement Sought: ...................................................... $215.89
12. **Total Amount Sought: ................................................................................. $10,568.89**

13. Amount of Original Retainer(s). Please disclose both Fee Retainer
    and Cost Retainer if such a Retainer has been received: ............................................ N/A
14. Current Balance of Retainer(s) remaining: ................................................................ N/A
15. Last monthly operating report filed: .......................................................................... N/A
16. Current funds held by Chapter 7 Trustee: ..................................................... $256,966.81

---

[1] The Applicant seeks estimated fees for trailing tax issues, including but not limited to, review of the response to request for prompt determination and preparation of year-end Form 1099s.

1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

**ROBERT FAINE, D.D.S., P.A.,**   Case No.: 10-16744-BKC-LMI
                                  Chapter 7
    Debtor.
_____/

**FIRST AND FINAL APPLICATION FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES OF KAPILAMUKAMAL, LLP
FOR THE PERIOD MAY 1, 2014 THROUGH JUNE 29, 2020**

    Barry E. Mukamal, CPA and KapilaMukamal, LLP (collectively the "Applicant" or "KM"), the accountants for Barry E. Mukamal, the Chapter 7 Trustee (the "Trustee") of the Debtor, Robert Faine, D.D.S., P.A (the "Debtor"), applies for final compensation of fees for services rendered and costs incurred in this Chapter 7 proceeding.

    This application is filed pursuant to 11 U.S.C. § 330 and Bankruptcy Rule 2016 and meets all of the requirements set forth in the Guidelines incorporated in Local Rule 2016-1(B)(1). The exhibits attached to this application, pursuant to the Guidelines, are:

    Exhibit 1 – Fee Application Summary Chart[2]

    Exhibits 2-A and 2-B – Summary of Professional and Paraprofessional Time.

    Exhibit 3 – Summary of Requested Reimbursement of Expenses.

    Exhibit 4 – The Applicant's complete time records, in chronological order, by activity code category, for the time period covered by this application. The requested fees are itemized to the tenth of an hour.

    The Applicant believes that the requested fees of $10,053.00 for 35.20 hours worked (blended rate of $285.60), are reasonable considering the twelve factors enumerated in <u>Johnson v. Georgia Highway Express, Inc.</u>, 488 F.2d 714 (5th Circuit 1974), made applicable to bankruptcy proceedings by <u>In re First Colonial Corp. of America</u>, 544 F.2d 1291 (5th Cir. 1977), as follows:

---

[2] Exhibit 1 entitled Fee Application Summary Chart is not applicable as the instant Application is Applicant's first and final fee application.

2

1. **THE TIME AND LABOR REQUIRED**:

Exhibits 2-4 illustrate the time and labor required for this engagement. The time expended by the Applicant for accounting services furnished to the Trustee as appears on Exhibit 2-A does not reflect and cannot reflect all of the time actually expended by the Applicant. Many telephone calls, routine correspondence, requests by creditors regarding the status of the case and their individual claims cannot be reduced to time recordation and would increase the amount of time expended by the Applicant in this case.

2. **THE NOVELTY AND DIFFICULTY OF THE SERVICES RENDERED**:

This proceeding presented several matters that required the services and skill of an experienced forensic accountant.

3. **THE PRECLUSION OF OTHER EMPLOYMENT BY THE PROFESSIONAL DUE TO THE ACCEPTANCE OF THE CASE**:

The Applicant has not been precluded from other engagements because of its employment by the Trustee in this proceeding. Had the Applicant not accepted this matter, it would have devoted its time to other matters for which it would have been compensated by clients on a current monthly basis.

4. **THE CUSTOMARY FEE**:

The Applicant rendered services at its customary hourly rate, more fully set forth on the attached exhibits, and such customary hourly rate is competitive within the bankruptcy practice in the community, and in some instances, lower than rates billed by the Applicant to other clients.

The hourly rate charged for professionals who worked on this bankruptcy are as follows:

| Name | Title | Billed per Hour[3] |
|---|---|---|
| Barry Mukamal | Partner | 0.40 hrs @ $510 |
| | | 0.50 hrs @ $550 |
| Lesley Johnson | Tax Partner | 1.00 hrs @ $420 |
| | | 1.80 hrs @ $430 |

---

[3] Fees are adjusted throughout the proceedings of the case.

|  |  | 0.30 hrs @ $450 |
|---|---|---|
|  |  | 5.60 hrs @ $460 |
| Sharmila Khanorkar | Partner | 0.70 hrs @ $340 |
| Kathy Foster | Tax Consultant | 4.80 hrs @ $272 |
|  |  | 2.10 hrs @ $294 |
|  |  | 2.70 hrs @ $310 |
|  |  | 0.60 hrs @ $330 |
| Gene Sulsky | Consultant | 9.00 hrs @ $170 |
| Ky Johnson | Forensic Analyst | 0.70 hrs @ $100 |
|  |  | 2.30 hrs @ $150 |
|  |  | 0.90 hrs @ $170 |
| Jazmin Padilla | Paraprofessional | 0.30 hrs @ $150 |
|  |  | 1.50 hrs @ $220 |

5. **TIME LIMITATIONS IMPOSED BY THE CLIENT OR OTHER CIRCUMSTANCES**:

The Applicant's services have been rendered timely and in an efficient manner and facilitated the efficient administration of these proceedings.

6. **THE EXPERIENCE, REPUTATION & ABILITY OF THE APPLICANT**:

The Trustee has looked to KM for an extensive and full range of insolvency accounting services. The Applicant possesses credentials of the highest order in providing such accounting services, especially as they relate to debtors in bankruptcy. It is especially skilled in business reorganization, business analysis, and issues of insolvency accounting, asset identification and recovery, insolvency taxation, tax compliance and other creditors' rights matters in this area of practice.

The outstanding professionalism with which the Applicant has carried out its important role has contributed significantly to the efficient and effective administration of the estate as more fully demonstrated in the following discussion. The Applicant has demonstrated a high degree of skill in bankruptcy matters, accounting practices, business practices and management, as well as

investigatory and other accounting skills in conjunction with performing its services in these proceedings.

7. **THE UNDESIRABILITY OF THE CASE**:

The representation of the Trustee and of this case was not undesirable.

8. **THE LEGAL STANDARD**:

The applicable legal standard for compensation under 11 U.S.C. § 330 is based on the time, nature, extent and value of the Applicant's services, as well as the cost of comparable services other than in a case under Title 11. Therefore, it is respectfully requested that the Court consider the reasonableness of the fees requested by the Applicant.

9. **CASE NARRATIVE**:

This case commenced on March 17, 2010 upon the filing of a Voluntary Chapter 11 petition. The case was converted to a Chapter 7 case on September 13, 2011 and Barry E. Mukamal was appointed the Chapter 7 Trustee.

To assist with financial matters, the Trustee determined that he required the assistance of an accountant to provide reliable assessments of the Debtor's financial condition and capabilities and tax compliance matters, to ensure the estate's principal assets were being preserved and properly marshaled. Accordingly, the Trustee filed with this Court an Application dated June 19, 2014 for Employment of KM as Accountants for the Trustee. The Order approving employment of KapilaMukamal, LLP as accountants for the Trustee was entered on July 8, 2014, *effective* May 1, 2014.

10. **CATEGORIES**: [Categories that exceed $3,000]

*Tax Services*

The Trustee has an obligation to ensure full compliance with numerous tax filings imposed on the Estate, including federal income tax filings. During the period covered by this application, the Applicant performed detailed tax services for the Trustee. The services included assistance in providing the financial information needed by the Trustee to comply with regulatory tax matters.

The Applicant prepared the tax returns required to be filed by the Trustee with governmental units for the years 2014, 2015, 2016, 2017, 2018, 2019 and final 2020, including the following:

- Review of bankruptcy petition, schedules and select pleadings to determine tax ramifications of Trustee's annual transactions.

- Review of Debtor's pre-petition tax filings and those provided by Estate's former CPA.

- Review of annual Court Docket and Trustee's transactions for 2014, 2015, 2016, 2017, 2018, 2019 and 2020 and annual summaries of cash receipts and disbursements.

- Preparation of Automatic Extensions of Time to File Tax Return for 2014 through 2019.

- Review, research tax liens and respond to IRS notices regarding payroll and income tax.

- Review of federal 2015 audit notice received, telephone conferences with auditor and subsequent receipt of notice reflecting 2015 audit as "no change".

11. **CASE STATUS**:

All monies have been received and this case is ready to close.

\* \* \* \* \*

**WHEREFORE**, the Applicant requests that it be allowed a **final award in the amount of $10,568.89**, consisting of fees for services rendered during the Application Period of $10,053.00, estimated fees in the amount of $300.00 for trailing tax issues, and $215.89 for reimbursement of expenses.

Respectfully submitted on June 30, 2020.

     /s/*Barry E. Mukamal*
Barry E. Mukamal, CPA
KapilaMukamal, LLP

## Certification

1. I have been designated by KapilaMukamal, LLP (the "Applicant") as the professional with responsibility in this case for compliance with the "Guidelines for Fee Applications for Professionals in the Southern District of Florida in Bankruptcy Cases" (the "Guidelines").

2. I have read the Applicant's application for compensation and reimbursement of expenses (the "Application"). The application complies with the Guidelines, and the fees and expenses sought fall within the Guidelines, except as specifically noted in this certification and described in the application.

3. The fees and expenses sought are billed at rates and in accordance with practices customarily employed by the Applicant and generally accepted by the Applicant's clients.

4. In seeking reimbursement for the expenditures described on Exhibit 3, the Applicant is seeking reimbursement only for the actual expenditure and has not marked up the actual cost to provide a profit or to recover the amortized cost of investment in staff time or equipment or capital outlay (except to the extent that the Applicant has elected to charge for in-house photocopies and outgoing facsimile transmissions at the maximum rates permitted by the Guidelines).

5. In seeking reimbursement for any service provided by a third party, the Applicant is seeking reimbursement only for the amount actually paid by the Applicant to the third party.

6. The following are the variances with the provisions of the Guidelines, the date of each court order approving the variance, and the justification for the variance: N/A

Dated: June 30, 2020

          /s/*Barry E. Mukamal*
          Barry E. Mukamal, CPA
          KapilaMukamal, LLP
          Accountants for the Trustee
          1000 S Federal Hwy, Ste 200
          Fort Lauderdale, FL 33316
          Telephone: (954) 761-1011

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was or will be served via CM/ECF on all electronic recipients and via US Mail to all required parties as indicated below.

Respectfully submitted on June 30, 2020.

/s/*Jazmin Padilla*
Jazmin Padilla for
KapilaMukamal, LLP
Accountants for the Trustee
1000 S Federal Hwy, Ste 200
Fort Lauderdale, FL 33316
Telephone: (954) 761-1011

**Via CM/ECF:**

- **Geoffrey S. Aaronson**   gaaronson@aspalaw.com, 5408891420@filings.docketbird.com
- **Antonio Alonso**   alonsoa@aapalaw.com, bkecf@delucalawgroup.com
- **Alan Barbee**   abarbee@glassratner.com, abarbee@glassratner.com
- **Becket and Lee LLP**   notices@becket-lee.com
- **Bruce E Bloch**   general@sblawfirmfl.com, bbloch@sblawfirmfl.com
- **Michael A. Frank**   pleadings@bkclawmiami.com, bkcpleadings@gmail.com; frankmr48583@notify.bestcase.com
- **Dennis A Grossman**   dagrossmanlaw@aol.com
- **Scott M. Grossman**   grossmansm@gtlaw.com, scottla@gtlaw.com; MiaLitDock@gtlaw.com; FTLLitDock@GTLaw.com; miaecfbky@gtlaw.com
- **Aaron P. Honaker**   aaronhonaker@gmail.com
- **Catherine Douglas Kretzschmar**   jeanette.martinez@akerman.com, Catherine.kretzschmar@akerman.com
- **Michael D Lessne**   michael.lessne@gray-robinson.com, jennifer.phillips@nelsonmullins.com; lisa.negron@nelsonmullins.com
- **Joan M Levit**   joan.levit@akerman.com, charlene.cerda@akerman.com
- **Laudy Luna**   ll@lgplaw.com, de@lgplaw.com
- **David B Marks**   brett.marks@akerman.com, charlene.cerda@akerman.com
- **Christian A. McCue**   christian.mccue@mccuelaw.com, ecf.mccuelaw@gmail.com; ign@mccuelaw.com; lisa.mccue@mccuelaw.com; patty@mccuelaw.com; mccuecr41107@notify.bestcase.com
- **Nicole R Messamore**   nmessamore@sblawfirmfl.com, general@sblawfirmfl.com
- **Miami-Dade County Tax Collector (Lugo)**   mdtcbkc@miamidade.gov
- **Barry E Mukamal**   bemtrustee@kapilamukamal.com, FL64@ecfcbis.com
- **Ari Newman**   newmanar@gtlaw.com, perezan@gtlaw.com; mialitdock@gtlaw.com; miaecfbky@gtlaw.com
- **Office of the US Trustee**   USTPRegion21.MM.ECF@usdoj.gov
- **Ryan C Reinert**   rreinert@shutts.com, juanitasanchez@shutts.com
- **Matthew I Rochman**   mrochman@proskauer.com, florida.litigation@proskauer.com; matt-rochman-4420@ecf.pacerpro.com
- **Ariel Rodriguez**   ariel.rodriguez@usdoj.gov

- **Peter D. Russin**   prussin@melandrussin.com, ltannenbaum@melandrussin.com; mrbnefs@yahoo.com; prussin@ecf.courtdrive.com; ltannenbaum@ecf.courtdrive.com; phornia@ecf.courtdrive.com
- **Luis Salazar**   Luis@Salazar.Law, Ceide@salazar.law;Lee-Sin@Salazar.Law; Rivera@Salazar.Law
- **Patrick S. Scott**   patrick.scott@gray-robinson.com

**EXHIBIT 2-A**
**ROBERT FAINE, D.D.S., P.A.**
**CASE NO: 10-16744-BKC-LMI**
**FIRST AND FINAL FEE APPLICATION**
**SUMMARY OF PROFESSIONAL & PARAPROFESSIONAL TIME**
**MAY 1, 2014 THROUGH JUNE 29, 2020**

| Name | Year Licensed/ Experience | Hours | Blended Rate | Total Billed |
|---|---|---|---|---|
| BEM - BARRY MUKAMAL, CPA[1], CIRA, CFF, CFE, PFS, ABV, PARTNER | 1978 | 0.90 | 532 | 479.00 |
| LJJ - LESLEY JOHNSON, CPA[1], CIRA, PARTNER/TAX | 1984 | 8.70 | 449 | 3,905.00 |
| SVK - SHARMILA KHANORKAR, CPA[2], CFF, ABV, PARTNER | 1990 | 0.70 | 340 | 238.00 |
| KAF - KATHY FOSTER, TAX CONSULTANT | 32 YEARS | 10.20 | 290 | 2,958.00 |
| JZP - JAZMIN PADILLA, PARAPROFESSIONAL | 16 YEARS | 1.80 | 208 | 375.00 |
| GS - GENE SULSKY, CONSULTANT | 16 YEARS | 9.00 | 170 | 1,530.00 |
| KJJ - KY JOHNSON, FORENSIC ANALYST | 6 YEARS | 3.90 | 146 | 568.00 |
| Report Totals | | 35.20 | 285.60 | 10,053.00 |

CPA - Certified Public Accountant [1]State of Florida [2]State of Pennsylvania
CIRA - Certified Insolvency & Restructuring Advisor
CFE - Certified Fraud Examiner
CFF - Certified in Financial Forensics
ABV - Accredited in Business Valuation
CVA - Certified Valuation Analyst
PFS - Personal Financial Specialist

*Printed by JZP on 6/30/2020 at 12:44 PM*

**EXHIBIT 2-B**
**ROBERT FAINE, D.D.S., P.A.**
**CASE NO: 10-16744-BKC-LMI**
**FIRST AND FINAL FEE APPLICATION**
**SUMMARY OF PROFESSIONAL & PARAPROFESSIONAL TIME BY ACTIVITY CODE ONLY MAY 1, 2014 THROUGH JUNE 29, 2020**

| Position | Name | Hours | Blended Rate | Total Billed |
|---|---|---|---|---|
| **Time** | | | | |
| **TAX SERVICES - PREPARE FORMS** | | | | |
| PARTNER | BARRY MUKAMAL | 0.40 | | 204.00 |
| PARTNER/TAX | LESLEY JOHNSON | 7.70 | | 3,475.00 |
| TAX CONSULTANT | KATHY FOSTER | 10.20 | | 2,958.00 |
| FORENSIC ANALYST | KY JOHNSON | 3.90 | | 568.00 |
| TAX SERVICES - PREPARE FORMS Totals | | 22.20 | | 7,205.00 |
| **TAX SERVICES - ADVISORY** | | | | |
| PARTNER/TAX | LESLEY JOHNSON | 0.80 | | 338.00 |
| TAX SERVICES - ADVISORY Totals | | 0.80 | | 338.00 |
| **LITIGATION SUPPORT** | | | | |
| PARTNER | SHARMILA KHANORKAR | 0.70 | | 238.00 |
| LITIGATION SUPPORT Totals | | 0.70 | | 238.00 |
| **CLAIMS ADMIN / OBJECTION** | | | | |
| CONSULTANT | GENE SULSKY | 6.50 | | 1,105.00 |
| CLAIMS ADMIN / OBJECTION Totals | | 6.50 | | 1,105.00 |
| **RETENTION AND FEE APPLICATIONS** | | | | |
| PARTNER/TAX | LESLEY JOHNSON | 0.20 | | 92.00 |
| PARAPROFESSIONAL | JAZMIN PADILLA | 1.80 | | 375.00 |
| RETENTION AND FEE APPLICATIONS Totals | | 2.00 | | 467.00 |
| **BUSINESS ANALYSIS (BANKRUPTCY)** | | | | |
| PARTNER | BARRY MUKAMAL | 0.50 | | 275.00 |
| CONSULTANT | GENE SULSKY | 2.50 | | 425.00 |
| BUSINESS ANALYSIS (BANKRUPTCY) Totals | | 3.00 | | 700.00 |
| Time Totals | | 35.20 | | 10,053.00 |
| Report Totals | | 35.20 | 285.60 | 10,053.00 |

*Printed by JZP on 6/30/2020 at 1:15 PM*

**EXHIBIT 3**
**ROBERT FAINE, D.D.S., P.A.**
**CASE NO: 10-16744-BKC-LMI**
**FIRST AND FINAL FEE APPLICATION**
**SUMMARY OF REQUESTED REIMBURSEMENT OF EXPENSES**
**MAY 1, 2014 THROUGH JUNE 29, 2020**

| | | | |
|---|---|---|---|
| 1. | Filing Fees | | 0.00 |
| 2. | Process Service Fees | | 0.00 |
| 3. | Witness Fees | | 0.00 |
| 4. | Court Report and Transripts | | 0.00 |
| 5. | Lien and Title Searches | | |
| 6. | Photocopies | | |
| | a. In-House | ( 733 @ 0.1500 ) | 109.95 |
| | b. Outside Copies | ( 0 @ 0.0000 ) | 0.00 |
| 7. | Postage | | 92.14 |
| 8. | Overnight Delivery Charges | | |
| | a. Express Mail | | 0.00 |
| | b. Overnight Delivery | | 0.00 |
| 9. | Ouside Courier/Messenger Services | | 0.00 |
| 10. | Long Distance Telephone Charges | | 0.00 |
| 11. | Long Distance Facsimile Charges | | 0.00 |
| 12. | Computerized Research | | 0.00 |
| 13. | Out of District Travel | | |
| | a. Mileage | | 0.00 |
| | b. Parking | | 0.00 |
| | c. Airfare | | 0.00 |
| | d. Accomodations | | 0.00 |
| | e. Car Rental Gas | | 0.00 |
| | f. Tolls | | 0.00 |
| | g. Meals | | 0.00 |
| | h. Taxi | | 0.00 |
| | i. Car Rental | | 0.00 |
| 14. | Other Permissible Expenses (must specify & justify) | | |
| | a. Virtual Data Room | | 0.00 |
| | b. Supplies | | 0.00 |
| | c. Internet Hosting (Web Site) | | 0.00 |
| | d. Advertising | | 0.00 |
| | e. Storage | | 0.00 |
| | f. Computer Supply Charges | | 0.00 |
| | g. Locksmith | | 0.00 |
| | h. Lacerte | | 0.00 |
| | i. Pacer | | 13.80 |
| | j. Ouside Computer Services | | 0.00 |
| | k. Tax Return Prep, Vendor Cost | | 0.00 |
| | l. Domain Site Renewals | | 0.00 |
| | m. Outside Services | | 0.00 |
| | n. Payments Made For Clients | | 0.00 |
| | o. Cost Allocation | | 0.00 |
| | p. Miscellaneous | | 0.00 |
| | TOTAL EXPENSE REIMBURSEMENT REQUESTED | | 215.89 |

                                EXHBIT 4

**CPAs, Forensic and Insolvency Advisors**
1000 S. Federal Highway, Suite 200
Fort Lauderdale, FL  33316
Phone - 954-761-1011    F - 954-761-1033    www.kapilamukamal.com
EIN #46-5394135

ROBERT FAINE, D.D.S., P.A.
C/O BARRY E. MUKAMAL, TRUSTEE                                Invoice: 6773
ONE S.E. THIRD AVENUE
SUITE 2150 - BOX 158                                         06/29/2020
MIAMI, FL  33131
                                                             Client ID: 112045

For Professional Services Rendered Through June 29, 2020

| DATE | STAFF | DESCRIPTION | HRS | AMOUNT |
|---|---|---|---|---|
| **BUSINESS ANALYSIS (BANKRUPTCY)** | | | | |
| 05/29/2014 | GS | ROBERT FAINE DDS PA. INITIAL TELEPHONE CONFERENCE WITH C. MALVITA REGARDING POSSIBLE UNDISCLOSED ASSETS. | 0.60 | 102.00 |
| 05/30/2014 | GS | ROBERT FAINE DDS PA. SECOND FOLLOW UP TELEPHONE CONFERENCE WITH C. MALVITA REGARDING POSSIBLE UNDISCLOSED ASSETS. | 0.70 | 119.00 |
| 06/24/2014 | GS | REVIEW EMAIL CORRESPONDENCE FROM TRUSTEE'S COUNSEL RE UNDERLYING DOCUMENTS FOR THE TRANSFERS ALLEGED IN THE COMPLAINT (MUKAMAL V. MBNA, ADV. PRO. NO. 12-01930) | 0.10 | 17.00 |
| 06/24/2014 | GS | COMPILE SUPPORTING BANK STATEMENTS FOR THE TRANSFERS ALLEGED IN THE COMPLAINT (MUKAMAL V. MBNA, ADV. PRO. NO. 12-01930) | 1.10 | 187.00 |
| 05/14/2020 | BEM | REVIEW AND CONFIRM TAX RETURNS AND COMPARE TO FINAL TAX WORK PAPERS. | 0.50 | 275.00 |
| | | | | 700.00 |
| **CLAIMS ADMIN / OBJECTION** | | | | |
| 06/02/2014 | GS | ROBERT FAINE, P.A. ANALYSIS OF THE CLAIMS FILED IN THE CASE. | 6.50 | 1,105.00 |
| | | | | 1,105.00 |
| **LITIGATION SUPPORT** | | | | |
| 06/24/2014 | SVK | SUPPORT FOR MBNA TRANSFERS | 0.70 | 238.00 |
| | | | | 238.00 |
| **RETENTION AND FEE APPLICATIONS** | | | | |
| 06/12/2014 | JZP | PREPARATION OF AFFIDAVIT OF BEM; WITNESS AND NOTARIZE | 0.10 | 15.00 |

**KapilaMukamal, LLP**                Invoice #6773           6/29/2020                         Page 2 of 5

| Date | Staff | Description | Hours | Amount |
|---|---|---|---|---|
| | | SAME. | | |
| 07/07/2014 | JZP | DRAFT & FINALIZE ORDER APPROVING EMPLOYMENT OF KM & UPLOAD SAME. | 0.10 | 15.00 |
| 07/10/2014 | JZP | DRAFT AND FILE CERTIFICATE OF SERVICE OF ORDER EMPLOYING KM AS ACCOUNTANTS. SERVE OF ORDER. | 0.10 | 15.00 |
| 06/25/2020 | JZP | REVIEW WIP. DRAFT FINAL FEE APPLICATION. SEND FOR PARTNER REVIEW AND NARRATIVE. | 0.80 | 176.00 |
| 06/26/2020 | LJJ | REVIEW TAX FILES AND DRAFT TAX NARRATIVE FOR FEE APPLICATION. | 0.20 | 92.00 |
| 06/29/2020 | JZP | FINALIZE FEE APPLICATION AND EXHIBITS. | 0.70 | 154.00 |
| | | | | 467.00 |

### TAX SERVICES - ADVISORY

| Date | Staff | Description | Hours | Amount |
|---|---|---|---|---|
| 11/14/2016 | LJJ | REVIEW AUDIT NOTICE, RESEARCH CASE HISTORY AND CALL AUDITOR. | 0.60 | 252.00 |
| 04/24/2017 | LJJ | RECEIPT OF NO CHANGE AUDIT LETTER FROM IRS, FILE AND FORWARD TO B. MUKAMAL | 0.20 | 86.00 |
| | | | | 338.00 |

### TAX SERVICES - PREPARE FORMS

| Date | Staff | Description | Hours | Amount |
|---|---|---|---|---|
| 03/12/2015 | KAF | VERIFY 2014 FORM 1120S WILL BE PREPARED BY MARCUM, LLP AND DOCUMENT CLIENT FILE RE: SAME | 0.10 | 27.20 |
| 08/13/2015 | KAF | REVIEW 2013-2014 TAX FILINGS AND EMAIL TO TRUSTEE TO CONFIRM FILED RETURNS | 0.30 | 81.60 |
| 08/28/2015 | KAF | FOLLOW UP WITH J. PADILLA RE: 2013 TAX INFO FROM MARCUM FOR PREPARATION OF 2014 TAX RETURN | 0.10 | 27.20 |
| 11/19/2015 | KAF | REVIEW OF DOCUMENTS AND PRIOR TAX FILINGS AND MARCUM FINAL FEE APPLICATION TO DETERMINE KAPILAMUKAMAL TAX PREPARATION REQUIREMENTS, TELEPHONE CALL WITH J. PADILLA RE: SAME | 1.10 | 299.20 |
| 11/20/2015 | KAF | PREPARE 2014 FORM 1120S | 2.90 | 788.80 |
| 12/01/2015 | KAF | REQUEST 2014 EXTENSION FROM MARCUM LLP, ATTACH TO 2014 TAX RETURN, REVISE PDL, FORWARD TO L. JOHNSON FOR REVIEW. | 0.30 | 81.60 |
| 12/07/2015 | KJJ | PREPARED AND ASSEMBLED FORM 1120S | 0.30 | 30.00 |
| 12/14/2015 | KJJ | MAILED FORM 1120S | 0.40 | 40.00 |
| 03/08/2016 | KAF | PREPARE 2015 EXTENSION | 0.10 | 29.40 |
| 08/05/2016 | KAF | PREPARE 2015 FORM 1120S | 1.70 | 499.80 |
| 08/08/2016 | LJJ | REVIEW ACCOUNTING AND 2015 FORM 1120S | 0.40 | 168.00 |
| 08/08/2016 | KJJ | PREPARED FORM 1120S FOR ASSEMBLY | 0.20 | 30.00 |

**KapilaMukamal, LLP**         Invoice #6773         6/29/2020         Page 3 of 5

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 08/09/2016 | KJJ | ASSEMBLED FORM 1120S | 0.30 | 45.00 |
| 08/19/2016 | BEM | REVIEW AND RECONCILE TAX RETURN TO BOOKS AND EXECUTE. | 0.40 | 204.00 |
| 11/07/2016 | KAF | REVIEW/SAVE IRS PDL RESPONSE RE: 2015 FORM 1120S | 0.10 | 29.40 |
| 12/05/2016 | KAF | REQUEST FORMS 1&2 FROM TRUSTEE, REVIEW TAX FILE AND SAVE FAINE PA 2015 1120S K-1 TO BANKRUPTCY ESTATE INTO BANKRUPTCY ESTATE TAX FILE | 0.20 | 58.80 |
| 03/09/2017 | KAF | PREPARE 2016 EXTENSION | 0.10 | 31.00 |
| 05/24/2017 | KAF | REVIEW AND SAVE IRS 2014 EXAMINATION RESULTS LETTER TO TAX FILE | 0.10 | 31.00 |
| 08/05/2017 | KAF | PREPARE 2016 FORM 1120S | 0.80 | 248.00 |
| 08/08/2017 | LJJ | REVIEW 2016 FORM 1120S | 0.40 | 172.00 |
| 08/08/2017 | KJJ | PREPARED AND ASSEMBLED FORM 1120S | 0.50 | 75.00 |
| 08/09/2017 | LJJ | FINALIZE AND SIGN 1120S | 0.20 | 86.00 |
| 08/15/2017 | KJJ | MAILED FORM 1120S | 0.20 | 30.00 |
| 02/06/2018 | KAF | REVIEW AND RESEARCH RE: IRS LIEN NOTICE CONCERNING QE 03/31/11 FORM 941 AND 2014 FORM 1120S; PREPARE LETTER TO IRS IN RESPONSE | 0.80 | 248.00 |
| 03/07/2018 | KAF | PREPARE 2017 EXTENSION | 0.10 | 31.00 |
| 08/10/2018 | KAF | PREPARE 2017 FORM 1120S | 0.80 | 248.00 |
| 08/13/2018 | LJJ | REVIEW 2017 ACCOUNTING AND FORM 1120S | 0.80 | 344.00 |
| 08/14/2018 | LJJ | FINAL REVIEW AND SIGN 2017 TAX RETURN | 0.20 | 86.00 |
| 08/14/2018 | KJJ | PREPARED AND ASSEMBLED FORM 1120S | 0.30 | 45.00 |
| 09/05/2018 | KJJ | FINALIZED ASSEMBLY OF FORM 1120S, PACKAGED, AND WEIGHED FOR MAILING | 0.30 | 45.00 |
| 03/06/2019 | KAF | PREPARE 2018 EXTENSION(S) | 0.10 | 33.00 |
| 08/20/2019 | KAF | PREPARE 2018 FORM 1120S | 0.50 | 165.00 |
| 08/20/2019 | LJJ | REVIEW 2018 ACCOUNTING AND 1120S | 0.30 | 135.00 |
| 08/20/2019 | KJJ | COMPLETION OF FORM 1120S FOR SIGNATURE | 0.30 | 45.00 |
| 09/04/2019 | KJJ | FINALIZE AND TRANSMIT FORM 1120S | 0.20 | 30.00 |
| 03/14/2020 | LJJ | RESEARCH, PREPARE AND E-FILE EXTENSION | 0.10 | 46.00 |
| 04/21/2020 | LJJ | REVIEW FORMS 2 FOR FINAL TAX RETURN | 0.10 | 46.00 |
| 05/05/2020 | LJJ | ACCOUNTING FOR 2019 AND FINAL 2020 PREPARATION OF TAX RETURNS (1120S) FOR BOTH YEARS. | 5.00 | 2,300.00 |
| 05/07/2020 | LJJ | FINAL REVIEW AND SIGN 2019 AND 2020 FORMS 1120S | 0.20 | 92.00 |
| 05/07/2020 | KJJ | COMPLETION OF FORMS 1120S FOR SIGNATURE (2019-2020) | 0.70 | 119.00 |
| 05/15/2020 | KJJ | FINALIZE AND TRANSMIT FORM 1120S | 0.20 | 34.00 |
|  |  |  |  | 7,205.00 |

**KapilaMukamal, LLP**  Invoice #6773    6/29/2020    Page 4 of 5

|  |  |  |  |
|---|---|---|---|
|  |  |  | 10,053.00 |
| EXPENSES |  |  |  |
| 07/09/2014 | EXP | COPY CHARGE | 0.60 |
| 11/30/2015 | EXP | PRINTED COPY CHARGE - NOVEMBER 2015 | 5.40 |
| 11/30/2015 | EXP | PACER - NOVEMBER 2015 | 6.80 |
| 12/14/2015 | EXP | POSTAGE | 1.42 |
| 12/14/2015 | EXP | POSTAGE | 2.52 |
| 12/31/2015 | EXP | PRINTED COPY CHARGE - DECEMBER 2015 | 10.95 |
| 03/14/2016 | EXP | POSTAGE - CERTIFIED MAIL - LJJ - 2016 EXTENSION - MAILED AS PART OF GROUP MAILING | 0.19 |
| 03/31/2016 | EXP | PRINTED COPY CHARGE - MARCH 2016 | 0.15 |
| 08/31/2016 | EXP | PRINTED COPIES - AUGUST, 2016 | 10.50 |
| 08/31/2016 | EXP | PACER - AUGUST 2016 | 6.80 |
| 11/30/2016 | EXP | PRINTED COPY CHARGE - NOVEMBER 2016 | 0.15 |
| 03/15/2017 | EXP | PRINTED COPY CHARGE - MARCH 2017 (03/01/17 - 03/15/17) | 0.30 |
| 08/15/2017 | EXP | POSTAGE | 1.40 |
| 08/15/2017 | EXP | POSTAGE | 3.08 |
| 08/15/2017 | EXP | PRINTED COPIES - AUGUST (08/01/17 - 08/15/17) | 12.30 |
| 02/09/2018 | EXP | CERTIFIED MAIL | 7.11 |
| 02/15/2018 | EXP | PRINTED COPIES - FEBRUARY (02/01/18 - 02/15/18) | 2.10 |
| 03/15/2018 | EXP | PRINTED COPIES - MARCH (03/01/18 - 03/15/18) | 0.15 |
| 08/31/2018 | EXP | PRINTED COPIES - AUGUST (08/01/18 - 08/31/18) | 10.65 |
| 08/31/2018 | EXP | PACER - AUGUST 2018 | 0.20 |
| 09/05/2018 | EXP | CERTIFIED MAIL | 7.32 |
| 09/05/2018 | EXP | CERTIFIED MAIL | 9.00 |
| 09/30/2018 | EXP | PRINTED COPIES - SEPTEMBER (09/01/18 - 09/30/18) | 0.30 |
| 03/15/2019 | EXP | PRINTED COPIES - MARCH (03/01/19 - 03/15/19) | 0.15 |
| 08/31/2019 | EXP | PRINTED COPIES - AUGUST (08/16/19-08/31/19) | 16.20 |
| 09/04/2019 | EXP | CERTIFIED MAIL | 7.35 |
| 09/04/2019 | EXP | CERTIFIED MAIL | 8.55 |
| 09/15/2019 | EXP | PRINTED COPIES - SEPTEMBER (09/01/19-09/15/19) | 0.30 |
| 03/31/2020 | EXP | PRINTED COPIES - MARCH 2020 (03/01/20-03/31/20) | 0.15 |
| 05/15/2020 | EXP | CERTIFIED MAIL | 9.20 |
| 05/15/2020 | EXP | CERTIFIED MAIL | 7.60 |
| 05/15/2020 | EXP | CERTIFIED MAIL | 7.80 |
| 05/15/2020 | EXP | PRINTED COPIES - MAY 2020 (05/01/20-05/15/20) | 39.30 |

**KapilaMukamal, LLP**  Invoice #6773   6/29/2020   Page 5 of 5

| | | | |
|---|---|---|---|
| 05/19/2020 | EXP | CERTIFIED MAIL | 9.40 |
| 05/22/2020 | EXP | POSTAGE | 8.20 |
| 05/31/2020 | EXP | PRINTED COPIES - MAY 2020 (05/16/20-05/31/20) | 0.30 |
| 06/05/2020 | EXP | CERTIFIED MAIL | 2.00 |

215.89

215.89

Total amount of this invoice $10,268.89

Invoice payable upon receipt.  Thank you for this opportunity to be of service.